**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM M. SCHOOLEY | ) |
| | ) |
| JIMMY N. ADAMS | ) |
| CAROL S. ADAMS | ) |
| | ) |
| TIMOTHY ALBRITTON | ) |
| SANDRA ALBRITTON | ) |
| | ) |
| BILLY G. ALLEN, JR. | ) |
| | ) |
| JOSEPHINE E. ALSTON | ) |
| BRITTANY R. ALSTON | ) |
| | ) |
| MICHAEL D. ATKINS | ) |
| PATRICIA D. ATKINS | ) |
| | ) |
| ANGEL M. AYALA | ) |
| FERNANDO AYALA | ) |
| ZANDRA M. AYALA | ) |
| JOHN J. AYALA | ) |
| | ) |
| JOHN M. BALDWIN | ) |
| KATHY L. BEACH | ) |
| BOBBY F. BALDWIN, III | ) |
| STEVEN L. BALDWIN | ) |
| | ) |
| STACEY D. BENFIELD | ) |
| GLORIA BROWN | ) |
| JIMMY F. BROWN | ) |
| MELENA COLLINS | ) |
| | ) |
| WILLARD A. BREWSTER | ) |
| | ) |
| BRYAN M. BROCK | ) |
| JOAN C. BROCK | ) |
| | ) |
| MARK E. BRODA | ) |
| PAMELA G. BRODA | ) |
| ALYCIA A. BRODA | ) |
| GAYLE M. JOLL | ) |
| | ) |

KYLE W. BROWN                          )
AMANDA M. BROWN                        )
                                       )
SHANNON K. BUMP                        )
VALERIE A. BUMP                        )
                                       )
DWAYNE A. BURNHAM                      )
DEBRA E. BURNHAM                       )
RALPH K. BURNHAM                       )
MARGARET L. BURNHAM                    )
                                       )
RONDAL G. BURNS                        )
REBEKAH J. BURNS                       )
                                       )
MELINDA J. CAINES                      )
ALFREDA PEAK                           )
JOHN L. DEAN                           )
CARMEN R. DEAN                         )
                                       )
SALVATORE CAPACCIO                     )
DIANE MARTUCCI                         )
NANCY DIMARCO                          )
                                       )
HILARIO C. CARRIZALES                  )
                                       )
ERIC A. CASTOR                         )
KENNETH R. CASTOR                      )
NANCY J. CASTOR                        )
LAURA L. WASHER                        )
                                       )
ARTIS R. COLEMAN                       )
BETTY A. COLEMAN                       )
                                       )
PAUL S. COLLINS                        )
                                       )
ROBBIE J. COTTERMAN                    )
                                       )
SHAWN R. CLEVENGER                     )
                                       )
JEFFERSON A. CRAVEN                    )
TIRANA K. CRAVEN                       )
JESSICA M. VERBOOM                     )
                                       )
DEBORAH L. DANIELSGALE                 )
MSICHANNA L. ALEXANDER                 )
                                       )

ROSE A. DAVIS                                    )
                                                 )
GREGORY J. DEARMAN                               )
                                                 )
ROBERT L. DEPYSSLER                              )
ROBERT W. DEPYSSLER                              )
                                                 )
RICHARD D. DUPREE                                )
                                                 )
THOMAS F. EDMAN                                  )
ELIZABETH  H. EDMAN                              )
                                                 )
BRENDA A. EILERS                                 )
ROSEMARY A. RITT                                 )
                                                 )
LARRY FRANK                                      )
SONIA M. FRANK                                   )
                                                 )
CHRISTOPHER A. FREEMAN                           )
                                                 )
JEFFREY J. GARDNER                               )
                                                 )
WILLIAM E. GILES, IV                             )
WILLIAM E. GILES, III                            )
CONNIE S. LOVE                                   )
TAMMY GILES ADAMS                                )
                                                 )
MICHAEL W. GOFF                                  )
                                                 )
THE ESTATE OF                                    )
HECTOR M. GONZALEZ PASTRANA                      )
DIANA GONZALEZ                                   )
                                                 )
RUDOLPH GRIMM, II                                )
                                                 )
SHAWN K. HALE                                    )
                                                 )
TORREY S. HARDY                                  )
                                                 )
MICHAEL J. HARNER                                )
JULIA N. HARNER                                  )
NANCY S. HARNER                                  )
JAMES O. HARNER                                  )
MICHELLE A. CALDWELL                             )
                                                 )
GREGORY R. HEDGLIN                               )

RANDY W. HOOKER                           )
                                          )
                                          )
DUSTY L. HUNTLEY                          )
ROBERTA A. HUNTLEY                        )
SHANNON HUNTLEY                           )
KEVIN L. HUNTLEY                          )
                                          )
MICHAEL R. JAY                            )
ROBERT M. JAY                             )
DONNA JAY                                 )
                                          )
STEPHEN K. JOHNSON                        )
JESSICA D. JOHNSON                        )
STEPHEN K. JOHNSON, II                    )
                                          )
DAVID P. JORDAN                           )
RUTH A. JORDAN                            )
                                          )
PATRICK H. KICK                           )
                                          )
THOMAS A. KININGER                        )
                                          )
STEVEN R. KITIS                           )
GERALDINE R. HARTMAN-KITIS                )
                                          )
AARON L. LANDE                            )
                                          )
SHANE A. LITTLE                           )
                                          )
ANGELINE MARSH                            )
MINNIE D. HEBERT                          )
                                          )
JOE D. MCDONALD                           )
                                          )
MATTHEW E. MCENDREE                       )
                                          )
PHILLIP E. MILLER                         )
                                          )
SCOTT A. MILLER                           )
                                          )
SHAWN F. MOHAMMED                         )
                                          )
ERIN L. MURPHY                            )
                                          )
RONALD W. NELDON                          )

GEORGE P. NICHOLAOU )
NOREEN B. H. NICHOLAOU )
)
LAURENCE P. OLIVER )
)
MARY E. ORTIZ )
)
JENNIFER R. PARKER )
)
KEVIN J. PFLAUM )
DONNA PFLAUM )
)
LEIGHTON REID, JR. )
SEAN C. REID )
)
DUSTIN J. RHODE )
LAURIE R. RHODE )
)
ANDREA D. RICHARDS )
)
RICHARD E. ROLLINS )
)
DANA S. ROZELLE )
)
MICHAEL J. RUSNAK )
)
JON C. SCHAMBER )
)
ERICH J. SCHNEIDER )
DIANE M. COTHREN )
)
JEREME D. SCHUCHARD )
BRENDA G. MUNOZ )
)
BRYAN D. SCOTT )
MICHAEL G. SCOTT )
CONNIE STURGILL )
MICHAEL G. SCOTT, II )
JONATHAN L. SCOTT )
)
BRANDIE R. SHAFFER )
)
ROBERT G. SILER )
)
WILLIAM F. SINE )

WILLIAM D. SINE                              )
                                             )
RODNEY C. SMITH                              )
JENNIE L. SMITH                              )
A'DORIA T. SMITH                             )
ALEXANDRA C. SMITH                           )
ROMARUS SMITH                                )
                                             )
JOSEPH D. STROUD                             )
                                             )
KENNETH L. STURDIVANT                        )
                                             )
ZACHARY S. SUTTON                            )
                                             )
CLIFFORD L. THOMAS                           )
MARGARET L. THOMAS                           )
CAMILLIA T. THOMAS-HARRIS                    )
CEDRIC C. THOMAS                             )
ADRIAN D. THOMAS                             )
                                             )
ROLAND L. TINER, JR.                         )
ANNIE L. TINER                               )
STACEE L. TINER MARCUM                       )
THOMAS S. TINER                              )
                                             )
GRADY W. TUCKER, JR.                         )
GRADY W. TUCKER, SR.                         )
                                             )
BRIAN E. VANHORN                             )
                                             )
BRIAN E. VOLK                                )
                                             )
AARON R. WEIMER                              )
                                             )
DAVID G. WESTRUP                             )
REBECCA WESTRUP                              )
ANGELENA D. MANGNALL                         )
MICHAEL D. WESTRUP                           )
                                             )
MARTIN L. WHEELER                            )
TRACIE L. WHEELER                            )
                                             )
DOUGLAS T. WIDDIS                            )
                                             )
ELLIOTT WILLIAMS                             )
DANA L. WILLIAMS                             )

CHAD T. WILLIAMS )
ERIK B. LEE )
 )
KEVIN S. WILLIAMS )
LORNA M. MCDERMOTT )
ERIC R. WILLIAMS )
 )
JOSEPH D. WILSON )
 )
MICHAEL A. WILSON )
 )
SCOTT A. WOLFF )
 )
MITCHELL D. WRIGHT )
PATRICIA E. WRIGHT )
ELIN C.  BROWN )
ERIK M. WRIGHT )
 )
TRAVIS W. WYATT )
 )
JOHN J. YEICHNER )
 )
SELENA P. ZUHOSKI )
LINDA L. ROBINSON )
 )
      Plaintiffs, )
 )
      v. )      Case No. 1:17-cv-01376
 )
ISLAMIC REPUBLIC OF IRAN, )
Ministry of Foreign Affairs )
Khomeini Avenue )
United Nations Street )
Tehran, Iran )
 )
THE IRANIAN MINISTRY )
OF INFORMATION AND SECURITY )
Ministry of Foreign Affairs )
Khomeini Avenue )
United Nations Street )
Tehran, Iran )
 )
IRANIAN ISLAMIC REVOLUTIONARY )
GUARD CORPS a/k/a THE PASDARAN )
Ministry of Foreign Affairs )
Khomeini Avenue )

United Nations Street                              )
Tehran, Iran                                       )
                                                   )
                      Defendants.                  )
*************************************************************************

## COMPLAINT

1. Plaintiffs, by and through their undersigned counsel, seek judgment against Defendants, Islamic Republic of Iran, The Iranian Ministry of Information and Security, and The Iranian Revolutionary Guard Corps, pursuant to the Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A.

## I.    INTRODUCTION

2. This action brought by Plaintiffs, through counsel against the Islamic Republic of Iran (hereinafter "Iran"), the Iranian Ministry of Information and Security (hereinafter "MOIS") and the Iranian Islamic Revolutionary Guard Corp (hereinafter "IRGC"), for orchestrating the June 25, 1996 bombing of the United States Air Force facility at the Khobar Towers in Dhahran, Saudi Arabia. The bombing killed 19 American service members and wounded hundreds of others. Plaintiffs are certain of the injured American service members who were wounded in the attack and certain of their immediate family members.

## II.    JURISDICTION AND VENUE AND CHOICE OF LAW

3. Jurisdiction in this Court arises pursuant to 28 U.S.C. §§ 1605A, 1330(a), 1331, and 1332(a)(2).

4. Defendants Iran, MOIS and IRGC  are subject to suit in the courts of the United states as sponsors of the terrorist group Hezbollah pursuant to the Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A(c), and related statutes, including Section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. § 2405(j), Section 40 of the Arms

Export Control Act (22 U.S.C. § 2780), and Section 620A of the Foreign Assistance Act of 1961 (22 U.S.C. § 2371), which designated Iran as a state sponsor of terrorism.

5.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).  Actions for personal injury and related torts perpetrated by foreign state sponsors of terrorism through their officials, employees, and agents fall within the meaning of 28 U.S.C. § 1605A generally.

## THE PARTIES

### III.    PLAINTIFFS

6.  Each of the named Plaintiffs in this action are members of the United States Air Force and certain of their immediate family members, all of whom were and are citizens and residents of the United States and all of whom are qualified as claimants in accordance with 28 U.S.C. § 1605(a)(ii), who suffered physical and/or mental and/or emotional injuries as a result of the terrorist attack upon the United States military facility known as the Khobar Towers, located in Dhahran, Saudi Arabia on June 25, 1996.  The Khobar Towers was used as a housing complex for members of the United States Air Force and other Coalition forces who were assigned to Operation Southern Watch. Their mission at the time of the attack was to impose a no-fly zone over southern Iraq from their base in Saudi Arabia.

### IV.    DEFENDANTS

7.  Defendant Iran is a foreign state that has been designated and remains designated by the U.S. Department of State as a state sponsor of international terrorism pursuant to Section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. § 2405(j)), Section 40 of the Arms Export Control Act (22 U.S.C. § 2780), and Section 620A of the Foreign Assistance Act of 1961 (22 U.S.C. § 2371), since January 19, 1984.   Iran provided

material support and resources to Hezbollah, a politico-paramilitary terrorist organization, within the meaning of 18 § U.S.C. 2339A.   Iran is a foreign state within the meaning of 28 U.S.C. § 1391(f).

8. Defendant MOIS is Iran's intelligence service and functions both within and beyond Iranian territory. MOIS, acting as an agent of Iran, performed acts within the scope of its agency, within the meaning of 28 U.S.C. § 1605A and § 1605A note, that caused the events which gave rise to plaintiffs injuries.   Specifically, MOIS acted as a conduit for the Iran's provision of funds, training and direction to Hezbollah for its terrorist activities, including the actions relating to the bomb attack on the Khobar Towers complex of Dhahran, Saudi Arabia on June 25, 1996.

9. Defendant IRGC, is a non-traditional agency of Iran.  The IRGC, with its own separate ministry, has evolved into one of the most powerful organizations in Iran and functions as an intelligence organization, both within and beyond Iran's borders. The IRGC exerts considerable influence on the government policies of Iran.   It has become a powerful military instrument for defending and furthering Iran's Islamic fundamentalist revolution and is dedicated to the export of Islamic fundamentalist principles throughout the world through acts of terrorism.   The IRGC, acting as an agent of Iran, performed acts within the scope of its agency  - and within the meaning of 28 U.S.C.  1605A  and 1605A note – in providing funds, training, and direction to Hezbollah for its terrorist activities, including the June 25, 1996 terrorist attack on Khobar Towers, as described below.

10. In numerous cases for close to two decades, this Court has held Iran, MOIS and IRGC liable – as foreign state sponsors of international terrorism, initially pursuant to 28 U.S.C. 1605(a)(7) and subsequently pursuant to 28 U.S.C. 1605A – for Hezbollah's terrorist acts

of murder and mayhem.[1]  Iran, MOIS and IRGC are, therefore, collaterally estopped from denying that they are liable for Hezbollah's actions, particularly in regard to Hezbollah's bombing of the Khobar Towers.

## V.     FACTUAL ALLEGATIONS

11. The following facts were found by the Court in *Estate of Heiser, v. Iran,* Case Nos. 00–2329 (RCL), 01–2104 (RCL).  *See Estate of Heiser v. Iran*, 466 F. Supp. 2d 229 (D.D.C. 2006).

12. The United States military presence in Saudi Arabia was with the consent of that host country. *Blais v. Islamic Republic of Iran*, 2006 WL 2827372, *2 (D.D.C. Sept.29, 2006) (Lamberth, J.). It was part of a coalition of forces, primarily from the United States, Great Britain, and France that was charged with monitoring Iraq's compliance with United Nations Security Council resolutions enforcing the cease-fire that had brought an end to the 1991 "Desert Storm" ejection of Iraqi occupying forces from Kuwait. *Id.*

13. The deployment of U.S. troops to the region was considered a peacetime deployment within a friendly host country. *Id.*

14. Defendant Iran "is a foreign state and has been designated a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979 (50 U.S.C.A. § 2405(j))

---

[1] See, e.g., <u>Surette v. Islamic Republic of Iran</u>, Civil Action No. 01-0570 (D.D.C. November 1, 2002); <u>Carlson v. Islamic Republic of Iran</u>, Civil Action No. 00-01309 (D.D.C. April 19, 2002); <u>Stethem v. Islamic Republic of Iran</u>, Civil Action No. 00-1059 (D.D.C. April 19, 2002); <u>Wagner v. Islamic Republic of Iran</u>, 172 F. Supp.2d 128 (D.D.C. 2001); <u>Jenco v. Islamic Republic of Iran</u>, 2001 WL 871766 (D.D.C. November 1, 2001); <u>Polhill v. Islamic Republic of Iran</u>, Civil Action No. 00-1789 (D.D.C. August 23, 2001); <u>Sutherland v. Islamic Republic of Iran</u>, 151 F. Supp.2d 27 (D.D.C. 2001); <u>Anderson v. Islamic Republic of Iran</u>, 90 F. Supp.2d 107 (D.D.C. 2000); <u>Higgins v. Islamic Republic of Iran</u>, Case No. 1:99 cv 00377 (D.D.C. September 21, 2000); <u>Flanagan v. Islamic Republic of Iran</u>, Case No. 1:10 cv - 01643 (D.D.C. September 28, 2010); <u>Heiser v. Islamic Republic of Iran</u>, Case No. 00-cv-02329 (D.D.C. May 6, 2003), <u>Valencia v. Islamic Republic of Iran</u>, Case No. 08-cv-00533 (D.D.C. March 28, 2008); <u>Blais v. Islamic Republic of Iran</u>, Case No. 09-cv-00285 (D.D.C. February 13, 2006); <u>Surette v. Islamic Republic of Iran</u>, Case No. 01-0570 (D.D.C. 2002), and <u>Higgins v. Islamic Republic of Iran</u>, Case No. 99-0377 (D.D.C. 2000)
.

continuously since January 19, 1984." *Flatow v. Islamic Republic of Iran,* 999 F.Supp. 1, 11, (D.D.C.1998) (Lamberth, J.).

15. The IRGC is a non-traditional instrumentality of Iran. It is the military arm of a kind of shadow government answering directly to the Ayatollah and the mullahs who hold power in Iran. It is similar to the Nazi party's SA organization prior to World War II. The IRGC actively supports terrorism as a means of protecting the Islamic revolution that brought the Ayatollah to power in Iran in 1979. It has its own separate funding sources, derived from confiscation of the assets of the former Shah of Iran in 1979, when the Shah was deposed. *Blais,* 459 F.Supp.2d at 46–47.

16. The Khobar Towers was a residential complex in Dhahran, Saudi Arabia, which housed the coalition forces charged with monitoring compliance with U.N. Security Council resolutions. *Id.* at 47–48.

### *The Attack on the Khobar Towers*

17. At approximately 10 minutes before 10 pm on June 25, 1996, a large gasoline tanker truck pulled up alongside the perimeter wall of the Khobar Towers complex. The driver jumped out, ran into a waiting car that had pulled up near the truck, and sped off. *Id.*

18. Although security guards near the top of Building 131 started to give warnings about the unusual vehicle location, the truck exploded with great force within about 15 minutes. The investigation determined that the force of the explosion was the equivalent of 20,000 pounds of TNT. The Defense Department said that it was the largest non-nuclear explosion ever up to that time. *Id.*

19.  The explosion sheared off the face of Building 131 and damaged every other building in the complex. Nineteen United States Air Force personnel were killed in the explosion, and hundreds of others were injured. *Id.*

### *Iranian Support and Sponsorship of the Attack*

20. The attack was carried out by individuals recruited principally by a senior official of the IRGC, Brigadier General Ahmed Sharifi. Sharifi, who was the operational commander, planned the operation and recruited individuals for the operation at the Iranian embassy in Damascus, Syria. He provided the passports, the paperwork, and the funds for the individuals who carried out the attack. *Id.*

21. The truck bomb was assembled at a terrorist base in the Bekaa Valley which was jointly operated by the IRGC and by the terrorist organization known as Hezbollah. The individuals recruited to carry out the bombing referred to themselves as "Saudi Hezbollah," and they drove the truck bomb from its assembly point in the Bekaa Valley to Dhahran, Saudi Arabia. *Id.*

22. The terrorist attack on the Khobar Towers was approved by Ayatollah Khameini, the Supreme leader of Iran at the time. It was also approved and supported by the Iranian Minister of Intelligence and Security ("MOIS") at the time, Ali Fallahian, who was involved in providing intelligence security support for the operation. Fallahian's representative in Damascus, a man named Nurani, also provided support for the operation. *Id.*

23. Under Louis Freeh, the FBI conducted a massive and thorough investigation of the attack, using over 250 agents. *Id.*

24. Based on that investigation, an Alexandria, Virginia, grand jury returned an indictment on June 21, 2001, against 13 identified members of the pro-Iran Saudi arm of the Hezbollah organization. The indictment's description of the plot to bomb the Khobar Towers complex frequently refers to direction and assistance from Iranian government officials. *Id.*

25. In addition, as a result of this investigation, the FBI also obtained a great deal of information linking the defendants to the bombing from interviews with six admitted members of the Saudi Hezbollah organization, who were arrested by the Saudis shortly after the bombing. *Id.* at 11–30. These six individuals admitted to the FBI their complicity in the attack on the Khobar Towers, and admitted that senior officials in the Iranian government provided them with funding, planning, training, sponsorship, and travel necessary to carry out the attack on the Khobar Towers. (Ex. 7 at 11, 13–14, 27; *see also* Dec. 18, 2003 Tr. at 24–30.) The six individuals also indicated that the selection of the target and the authorization to proceed was done collectively by Iran, MOIS, and IRGC, though the actual preparation and carrying out of the attack was done by the IRGC. (Dec. 18, 2003 Tr. at 25.)

26. According to Director Freeh, the FBI obtained specific information from the six about how each was recruited and trained by the Iranian government *in Iran* and Lebanon, and how weapons were smuggled into Saudi Arabia from Iran through Syria and Jordan. One individual described in detail a meeting about the attack at which senior Iranian officials, including members of the MOIS and IRGC, were present. (Dec. 18, 2003 Tr. at 23.) Several stated that IRGC directed, assisted, and oversaw the surveillance of the Khobar Towers site, and that these surveillance reports were sent to IRGC officials for their

review. Another told the FBI that IRGC gave the six individuals a large amount of money for the specific purpose of planning and executing the Khobar Towers bombing.

27. Louis Freeh has publicly and unequivocally stated his firm conclusion, based on evidence gathered by the FBI during their five-year investigation, that Iran was responsible for planning and supporting the Khobar Towers attack. *Blais* at 48–49.

28. Dale Watson was formerly the deputy counterterrorism chief of the FBI in 1996, and subsequently became the section chief for all international terrorism in 1997. Mr. Watson was responsible for day to day oversight of the FBI investigation of the Khobar Towers attack. Mr. Watson has given sworn testimony that information uncovered in the investigation, "clearly pointed to the fact that there was Iran MOIS and IRGC involvement in the bombing." *Id.*

29. Dr. Patrick Clawson testified as an expert in three areas: (1) the government of Iran; (2) Iran's sponsorship of terrorism; and (3) the Iranian economy. Dr. Clawson's expert opinion regarding the perpetrators of the Khobar Towers bombing is based on his involvement on a Commission investigating the bombing, his top-secret security clearance, his discussions with Saudi officials, as well as his academic research on the subject. Ex. 9 at 62–63.

30. Dr. Clawson testified that the government of Iran formed the Saudi Hezbollah organization. *Id.* at 56. He testified that the IRGC was responsible for providing military training to Hezbollah terrorists as to how to carry out a terrorist attack. *Id.* at 28. He also testified as to the defendants' state-sponsorship of terrorism, noting that at the time of the Khobar Towers bombing, Iran spent an estimated amount of between $50 million and $150 million on terrorist activities. Ex. 10 at 46.

31. In light of all these facts, Dr. Clawson stated conclusively his opinion that the government of Iran, MOIS, and IRGC were responsible for the Khobar Towers bombing, and that Saudi Hezbollah carried out the attack under their direction. Ex. 9 at 67–68.

32. Dr. Clawson's expert opinion is supported by Dr. Bruce Tefft, whose expert opinion this Court adopted in *Blais.* Dr. Tefft was one of the founding members of the CIA's counterterrorism bureau in 1985. He served in the CIA until 1995, and has continued to work as a consultant on terrorism since that time, including work as an unofficial adviser to the New York Police Department's counterterrorism and intelligence divisions. He retains a top-secret security clearance in connection with his work. He has been qualified as an expert witness in numerous other cases involving Iranian sponsorship of terrorism.

33. Dr. Tefft expressed the opinion that defendants Iran and the IRGC were responsible for planning and supporting the attack on the Khobar Towers, including providing operational and financial support. He stated that there was "no question about it. It wouldn't have happened without Iranian support." *Id.*

34. Dr. Tefft based his conclusion on publicly available sources that were not inconsistent with classified information known to him from his time at the CIA and from his security clearances since that time. He relied on the public sources described above, as well as several others, which he described as authoritative and reliable, including congressional testimony by Matthew Levitt, senior fellow and director of the Washington Institute's Terrorism Studies Program, and articles published by the Federation of American Scientists as well as the Free Muslims Coalition. *Id.*

## VI.     INDIVIDUAL ALLEGATIONS

35. The Plaintiffs who are injured airmen who survived the Khobar Towers attack, (hereinafter collectively known as "the Surviving Injured Plaintiffs") include the following individuals:  William M. Schooley, Jimmy N. Adams, Timothy Albritton, Billy G. Allen, Jr., Josephine E. Alston, Michael D. Atkins, Angel M. Ayala, John M. Baldwin, Stacey D. Benfield, Willard A. Brewster, Bryan M. Brock, Mark E. Broda, Kyle W. Brown, Shannon K. Bump, Dwayne A. Burnham, Rondal G. Burns, Melinda J. Caines, Salvatore Capaccio, Hilario C. Carrizales, Eric A. Castor, Artis R. Coleman, Paul S. Collins, Robbie J. Cotterman, Shawn R. Clevenger, Jefferson A. Craven, Deborah L. Danielsgale, Rose A. Davis, Gregory J. DeArman, Robert L. DePyssler, Richard D. Dupree, Thomas F. Edman, Brenda A. Eilers, Larry Frank, Christopher A. Freeman, Jeffrey J. Gardner, William E. Giles, IV, Michael W. Goff, The Estate of Hector M. Gonzalez Pastrana, Rudolph Grimm, II, Shawn K. Hale, Torrey S. Hardy, Michael J. Harner, Gregory R. Hedglin, Randy W. Hooker, Dusty L. Huntley, Michael R. Jay, Stephen K. Johnson, David P. Jordan, Patrick H. Kick, Thomas A. Kininger, Steven R. Kitis, Aaron L. Lande, Shane A. Little, Angeline Marsh,  Joe D. McDonald, Matthew E. McEndree, Phillip E. Miller, Scott A. Miller, Shawn F. Mohammed, Erin L. Murphy, Ronald W. Neldon, George P. Nicholaou, Laurence P. Oliver, Mary E. Ortiz, Jennifer R. Parker, Kevin J. Pflaum, Leighton Reid, Jr., Dustin J. Rhode, Andrea D. Richards, Richard E. Rollins, Dana S. Rozelle, Michael J. Rusnak, Jon C. Schamber, Erich J. Schneider, Jereme D. Schuchard, Bryan D. Scott, Brandie R. Shaffer, Robert G. Siler, William F. Sine, Rodney C. Smith, Joseph D. Stroud, Kenneth L. Sturdivant, Zachary S. Sutton, Clifford L. Thomas, Roland L. Tiner, Jr., Grady W. Tucker, Jr., Brian E.

VanHorn, Brian E. Volk, Aaron R. Weimer, David G. Westrup, Martin L. Wheeler, Douglass T. Widdis, Elliot Williams, Kevin S. Williams, Joseph D. Wilson, Michael A. Wilson, Scott A. Wolff, Mitchell D. Wright, Travis W. Wyatt John J. Yeichner and Selena P. Zuhoski.

36. The Plaintiffs who are immediate relatives of one of the surviving injured plaintiffs, (hereinafter collectively known as "the Plaintiffs who are immediate relatives of the Surviving Injured Plaintiffs") include the following individuals: Carol S. Adams, Sandra Albritton, Brittany R. Alston, Patricia D. Atkins, Fernando Ayala, Zandra M. Ayala, John J. Ayala, Kathy L. Beach, Bobby F. Baldwin III, Steven L. Baldwin, Gloria Brown, Jimmy Brown, Melena Collins, Joan C. Brock, Pamela G. Broda, Alycia A. Broda, Gayle M. Joll, Amanda M. Brown, Valerie A. Bump, Debra E. Burnham, Ralph K. Burnham, Margaret L. Burnham, Rebekah J. Burns, Alfreda Peak, John L. Dean, Carmen R. Dean, Diane Martucci, Nancy DiMarco, Kenneth R. Castor, Nancy J. Castor, Laura L. Washer, Betty A. Coleman, Tirana K. Craven, Jessica M. Verboom, Msichanna L. Alexander, Robert W. DePyssler, Elizabeth H. Edman, Rosemary A. Ritt, Sonia M. Frank, William E. Giles, III, Connie S. Love, Tammy Giles Adams, Diana Gonzalez, Julia N. Harner, Nancy S. Harner, James O. Harner, Michelle Caldwell, Roberta A. Huntley, Shannon Huntley, Kevin L. Huntley, Robert M. Jay, Donna Jay, Jessica D. Johnson, Stephen K. Johnson, II, Ruth A. Jordan, Geraldine R. Hartman-Kitis, Minnie D. Hebert, Noreen B. H. Nicholaou, Donna Pflaum, Sean C. Reid, Laurie R. Rhode, Diane M. Cothren, Brenda G. Munoz, Michael G. Scott, Connie Sturgill, Michael G. Scott II, Jonathan L. Scott, William D. Sine, Jennie L. Smith, A'Doria T. Smith, Alexandra C. Smith, Romarus Smith, Margaret L. Thomas, Camillia T. Thomas-Harris, Cedric C. Thomas, Adrian D.

18

Thomas, Annie L. Tiner, Stacee L. Tiner Marcum, Thomas S. Tiner, Grady W. Tucker, Sr., Rebecca Westrup, Angelena D. Mangnall, Michael D. Westrup, Tracie L. Wheeler, Dana L. Williams, Chad T. Williams, Erik B. Lee, Lorna M. McDermott, Eric R. Williams, Patricia E. Wright, Elin C. Brown, Erik M. Wright and Linda L. Robinson.

37. On June 25, 1996, members of Hezbollah by use of an explosive device as above described, willfully, violently and forcefully inflicted physical and/or mental injuries upon each and every one of the surviving injured Plaintiffs, who at the time were all members of the United States Air Force, resulting in pain and suffering, and economic losses.

38. The members of Hezbollah, as above alleged, intentionally and willfully placed each and every one the surviving injured Plaintiffs in fear and apprehension of harm as a direct result of their actions.

39. Each and every one of the surviving injured Plaintiffs endured extreme mental anguish, and/or physical pain and suffering, suffered emotional injury and loss, sustained economic losses, suffered the loss of the company of their family and friends, and were subjected to injury, pain, discomfort and inconvenience and are entitled to recover damages on the causes of action set forth herein.

40. Each and every one of the Plaintiffs who are immediate relatives of one of the surviving injured Plaintiffs endured extreme mental pain and anguish, suffered emotional injury and loss, and sustained economic losses, and are entitled to recover damages on the causes of action set forth herein.

41. Specific allegations for each Plaintiff are found below and are incorporated herein by reference.

42. Plaintiff **William M. Schooley**, a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe emotional injuries as a result of the 1996 attack on the Khobar Towers complex.  Immediately after the blast, Mr. Schooley embarked on a heroic effort to save and tend to the wounds of his critically wounded compatriots.  He helped save lives and lessened the degree of mental and physical injury to his fellow servicemen without regard to his own safety.  To this day he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  He received the Air Force Achievement Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the Veteran's Administration ("V.A.").

43. Plaintiff **Jimmy N. Adams,** a Senior Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained glass shrapnel wounds to his left leg and ruptures of both eardrums. To this day, he is scarred and has pronounced deafness for which he requires hearing aids, and suffers from Post-Traumatic Stress Disorder ("PTSD") and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Adams was awarded a Purple Heart for his wounds and was given a disability rating by the Veteran's Administration ("V.A.").  In addition, his wife, Plaintiff **Carol S. Adams,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

44. Plaintiff **Timothy Albritton**, an airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  He received medical treatment following the attack.  To this day, he is

scarred and suffers from his injuries.  Mr. Albritton was awarded a Purple Heart for his wounds and was given a disability rating by the V.A. In addition, his wife, Plaintiff **Sandra Albritton,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

45. Plaintiff **Billy G. Allen, Jr.,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained a dislocated left hip, dislocated left shoulder, head trauma, nerve and muscle damage to his back, multiple glass shrapnel wounds and cuts all over his body including a three inch glass shard imbedded in his left thigh, head trauma and ruptures of both eardrums.  He required several surgeries and long term rehabilitation therapy.  To this day, he is scarred and has chronic pain throughout his body.  Mr. Allen was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

46. Plaintiff **Josephine E. Alston** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  She sustained glass shrapnel wounds to her feet and received medical treatment at the makeshift triage site that was set up in the mess hall immediately following the bombing.  To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Alston was awarded a Purple Heart for her wounds and is seeking a disability rating from the V.A. In addition, her daughter, Plaintiff **Brittany R. Alston**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

47. Plaintiff **Michael D. Atkins**, a Senior Airman for the United States Air Force at the time of the attack, suffered multiple severe, life-threatening injuries at the 1996 attack on the Khobar Towers complex. Despite those injuries, Mr. Atkins lead six badly wounded and disoriented airmen to safety immediately after the bomb blast. Suffering from the effects of blood loss, Mr. Atkins nevertheless maintained his own composure and rendered lifesaving medical treatment to blast victims for several hours before succumbing to his own injuries and being rushed to a hospital for medical treatment. He sustained a severed right temporal artery, and glass shrapnel lacerations over his entire body. Medical treatment included surgery to remove glass shrapnel from Mr. Atkin's arms, face, left knee, chest, back and stomach; he had wire removed from his face and wood shards removed from his lower left leg. Mr. Atkins required numerous procedures to recover from his injuries. To this day, he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack, has disfiguring scars, and suffers from tinnitus and PTSD. Mr. Atkins was awarded a Purple Heart for his wounds and the Airman's Medal for his exemplary courage and heroism. He was given a disability rating by the V.A. In addition, his mother, Plaintiff **Patricia D. Atkins**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

48. Plaintiff **Angel M. Ayala,** an Airman First Class for the United States Air Force at the time of the attack**,** suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex. He sustained glass shrapnel wounds to his face, body, and extremities, and a ruptured eardrum. His medical treatment included multiple surgeries, including reconstructive plastic surgery to his face and neck. To this day, he has disfiguring scars

and suffers from hearing loss, tinnitus, PTSD and other mental injury as a result of the Khobar Towers attack. Mr. Ayala received a Purple Heart for his wounds and was given a disability rating by the V.A. In addition, his father, Plaintiff **Fernando Ayala,** his mother, Plaintiff **Zandra M. Ayala**, and his brother, Plaintiff **John J. Ayala,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

49. Plaintiff **John M. Baldwin**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex. He sustained lacerations and glass shrapnel wounds to his head, body and extremities. Mr. Baldwin received medical treatment at the makeshift triage site and then assisted with the treatment of others. To this day, he is scarred and suffers from hearing loss and tinnitus, has difficulty walking, and has PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack. Mr. Baldwin was awarded a Purple Heart for his wounds and the Airman's Medal for his exemplary courage and heroism. He was given a disability rating by the V.A. In addition, his mother, Plaintiff **Kathy L. Beach**, and his brothers, Plaintiff **Bobby F. Baldwin III**, and Plaintiff **Steven L. Baldwin**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

50. Plaintiff **Stacey D. Benfield**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling and disfiguring injuries at the 1996 attack on the Khobar Towers complex. He sustained several severe shrapnel injuries to his face, knee, shoulder, and neck. The shrapnel injuries severely disfigured Mr. Benfield's face, ripping loose half of his upper lip, completely breaking his nose so that the bones were

exposed, and causing damage to his left eye socket.  He received medical treatment at numerous hospitals over an extended period of time.  As a result of the injuries to his face, Mr. Benfield had and continues to have severe scarring and missing flesh.  To this day, he suffers disfiguring scars and from permanent injury to his neck and shoulder, and has PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Benfield was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his father, Plaintiff **Jimmy Brown**, his mother, Plaintiff **Gloria Brown**, and his sister Plaintiff **Melena Collins**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

51. Plaintiff **Willard A. Brewster,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained severed tendons in his left elbow and numerous glass shrapnel wounds all over his head, body and extremities.  He received medical treatment, including surgery and therapy over an extended period of time.  To this day he, is scarred and suffers from pain, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Brewster was awarded a Purple Heart for his injuries and was given a disability rating by the V.A.

52. Plaintiff **Bryan M. Brock**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. Brock received medical treatment at the makeshift triage site and required surgery to remove glass shards from his body.  To this day, he is scarred and

suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Brock was offered a Purple Heart for his wounds but he turned it down.  He was given a  disability rating by the V.A.  In addition, his mother, Plaintiff **Joan C. Locke**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

53. Plaintiff **Mark C. Broda**, a Senior Airman for the U.S. Airforce at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained a concussion, traumatic brain injury and catatonia, and glass shrapnel wounds and lacerations to his face, hands and shoulder.  Mr. Broda received medical treatment, including suturing of his wounds the night of the attack.  To this day, he is scarred and suffers from severe headaches, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Broda was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his mother, Plaintiff **Pamela G. Broda**, and his sisters, Plaintiff **Alycia A. Broda** and Plaintiff **Gayle M. Joll**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

54. Plaintiff **Kyle W. Brown**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained glass shrapnel lacerations to his face, head, body and extremities.   Mr. Brown received medical treatment including sutures to close his wounds.  Due to complications that soon developed, he developed a cyst that contains a foreign body—likely shrapnel—from the blast.  To this day, he is scarred and suffers from tinnitus, an unresolved cyst, PTSD and other mental and/or emotional injuries as a

result of the Khobar Towers attack.  Mr. Brown was awarded a Purple Heart for his wounds and was given a disability rating by the V.A. In addition, his wife, Plaintiff **Amanda M. Brown**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

55. Plaintiff **Shannon Bump**, a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained glass shrapnel wounds to his body and extremities and received medical treatment at the makeshift triage site that was set up in the mess hall immediately following the bombing.  To this day, he is scarred and suffers from symptoms of PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Bump was awarded a Purple Heart for his wounds and is seeking a disability rating from the V.A.  In addition, his wife, Plaintiff **Valerie A. Bump**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

56. Plaintiff **Dwayne A. Burnham,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple glass shrapnel lacerations and glass shards embedded in his head.  Despite his wounds, Mr. Burnham neglected his injuries to carry wounded airmen from the building to triage before receiving medical treatment himself.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Burnham was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Debra E. Burnham**, his father, Plaintiff **Ralph K. Burnham**, and his mother, Plaintiff

**Margaret L. Burnham**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

57. Plaintiff **Gregory J. DeArman**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities as a result of the attack. Mr. DeArman received medical treatment to remove the glass shards from his feet.  To this day, he is scarred and suffers from tinnitus, hearing loss, body pain, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. DeArman was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

58. Plaintiff **Rondal G. Burns**, a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar towers complex.  He sustained a traumatic brain injury ("TBI"), multiple lacerations and glass shrapnel wounds to his body, and developed complications soon thereafter that resulted in a debilitating stroke.  Mr. Burns received medical treatment for his wounds at the time of the attack.  Since then, he has had a long history of receiving hospital care and physical and speech therapies.  To this day, Mr. Burns is scarred and has severe tinnitus, head pain, short-term memory loss, and language delays and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack**.**  Mr. Burns was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Rebekah J. Burns**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

59. Plaintiff **Melinda J. Caines,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling emotional injuries at the 1996 attack on the Khobar Towers complex.  Since the attack and until this day, she suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack**.**  Mrs. Caines was given a disability rating by the V.A.  In addition, her father, Plaintiff **John L. Dean**, her mother, Plaintiff **Alfreda Peak**, and her sister, Plaintiff **Carmen R. Dean**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

60. Plaintiff **Salvatore Capaccio**, a Master Sergeant for the United States Air Force at the time of the attack, suffered disabling emotional injuries at the 1996 attack on the Khobar Towers complex.  To this day, he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Capaccio was given a disability rating by the V.A.  In addition, his mother, Plaintiff **Diane Martucci**, and his stepmother, Plaintiff **Nancy DiMarco**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

61. Plaintiff **Hilario C. Carrizales**, a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained a concussion and TBI, multiple lacerations and glass shrapnel wounds to his head and body.  Mr. Carrizales received medical treatment for his wounds at the time of the attack that included two surgeries to close his head wound and remove glass shards and shrapnel from his head.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries, as well as suffering from headaches, memory loss and cognitive impairment as a result of the Khobar Towers

attack.   Mr. Carrizales was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

62. Plaintiff **Eric A. Castor**, a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.   He sustained multiple lacerations and glass shrapnel wounds to his head, neck and body, and nerve damage to his right arm.   He received medical treatment for his wounds at the time of the attack that included multiple surgeries to remove glass shards and shrapnel from his back and neck.   To this day,  Mr. Castor is scarred and suffers from chronic pain, muscle weakness and limited mobility ,as well as PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Castor was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.   In addition, his father, Plaintiff **Kenneth R. Castor**, his mother, Plaintiff **Nancy J. Castor**, and his sister, Plaintiff **Laura L. Washer,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

63. Plaintiff **Artis R. Coleman,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds to his legs and feet for which he received medical treatment at the makeshift triage site.   Subsequently, he sustained two life threatening aneurysms as a result of his experience at the Khobar Towers attack.   To this day, Mr. Coleman is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Coleman was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

In addition, his wife, Plaintiff **Betty A. Coleman**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

64.  Plaintiff **Paul S. Collins**, a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling emotional injuries at the 1996 attack on the Khobar Towers complex.  Since the attack and until this day, Mr. Collins suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack**.**  He was given a disability rating by the V.A. and was awarded the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  In addition, his sister, Plaintiff **Laurie Scott**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

65.  Plaintiff **Robbie J. Cotterman,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds to his body and extremities as a result of the attack.  Mr. Cotterman received medical treatment to suture his wounds.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Cotterman was awarded a Purple Heart for his wounds and is seeking a disability rating from the V.A.

66.  Plaintiff **Shawn R. Clevenger,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities as a result of the attack.  Mr. Clevenger received medical treatment at a Saudi hospital.  To this day, he is scarred and suffers from nerve and leg damage and back pain and has PTSD and other mental and/or emotional injuries

as a result of the Khobar Towers attack.  Mr. Clevenger was awarded a Purple Heart for his wounds and the Airman's Medal with Valor for his exemplary courage and heroism. He was given a disability rating by the V.A.

67. Plaintiff **Jefferson A. Craven**, a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe life threatening and disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained a concussion and closed head wound, multiple lacerations and glass shrapnel wounds and trauma to his body, and extremities as a result of the attack.  Mr. Craven received medical treatment including multiple surgeries to close deep wounds, repair torn muscles and remove glass shards and shrapnel imbedded in his face and chest.  To this day, he is scarred and suffers from nerve and leg damage, back pain, and has PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Craven was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Tirana K. Craven**, and daughter, Plaintiff **Jessica M. Verboom**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

68. Plaintiff **Deborah L. Danielsgale**, a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  She sustained multiple lacerations and glass shrapnel wounds and trauma to her head and extremities as a result of the attack. Ms. Danielsgale received medical treatment to remove the glass shards from her body.  To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Danielsgale was awarded a Purple Heart for her wounds and

was given a disability rating by the V.A.  In addition, her daughter, Plaintiff **Msichanna L. Alexander**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

69. Plaintiff **Rose A. Davis,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  She sustained multiple lacerations and glass shrapnel wounds and trauma to her body and extremities as a result of the attack.  Mrs. Davis received medical treatment to treat her wounds.  To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mrs. Davis was awarded a Purple Heart for her wounds and is seeking a disability rating from the V.A.

70. Plaintiff **Gregory J. DeArman**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities as a result of the attack.  Mr. DeArman received medical treatment to remove the glass shards from his feet.  To this day, he is scarred and suffers from tinnitus, hearing loss, body pain, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. DeArman was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

71. Plaintiff **Robert L. DePyssler**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds to his feet as a result of the attack.  Mr. DePyssler received medical treatment to remove the glass shards from his feet.  To this day, he is scarred and suffers from tinnitus, PTSD and other

mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. DePyssler was awarded a Purple Heart for his wounds and was given a disability rating by the V.A. In addition, his father, Plaintiff **Robert W. DePyssler**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

72. Plaintiff **Richard D. Dupree**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.   Mr. Dupree received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Dupree was awarded a Purple Heart for his wounds and is seeking a disability rating from the V.A.

73. Plaintiff **Thomas F. Edman,** a Captain for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained several fractures to his pelvis and multiple lacerations and glass shrapnel wounds and trauma to his body and extremities as a result of the attack.  Mr. Edman required hospitalization and surgery.  To this day, he is scarred and suffers from hearing loss and tinnitus, and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Edman was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Elizabeth H. Edman**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

74. Plaintiff **Brenda A. Eilers,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  She sustained a traumatic brain injury, two dislocated shoulders and multiple lacerations and glass shrapnel wounds and trauma to her body and extremities as a result of the attack.  Ms. Eilers received multiple surgeries to repair her shoulders and knees and to remove glass shards from her body.  To this day, she is scarred and has chronic pain, tinnitus, and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Eilers was awarded a Purple Heart for her wounds and was given a disability rating by the V.A. In addition, her mother, Plaintiff **Rosemary A. Ritt**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

75. Plaintiff **Larry Frank,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations to his hands and knees as a result of the attack.  Mr. Frank received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from tinnitus and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Frank was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Sonia M. Frank**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

76. Plaintiff **Christopher A. Freeman** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained a concussion and was rendered unconscious for a period

of time, and also sustained multiple lacerations to his legs and trauma to his body as a result of the attack.  Mr. Freeman received medical treatment at the makeshift triage site.  To this day he, is scarred and suffers from tinnitus and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Freeman was awarded a Purple Heart for his wounds.

77. Plaintiff **Jeffrey J. Gardner,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained a concussion, multiple lacerations and trauma to his body and hearing loss as a result of the attack.  To this day, Mr. Gardner is scarred and suffers from tinnitus and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  He was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

78. Plaintiff **William E. Giles, IV,** an Airman First Class for the Unites States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained trauma to his body as a result of the attack.  Mr. Giles received medical treatment and physical therapy for his injuries.  To this day, he suffers from back pain and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Giles was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his father, Plaintiff **William E. Giles, III**, his mother, Plaintiff **Connie S. Love**, and his sister, Plaintiff **Tammy G. Adams**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

79. Plaintiff **Michael Goff,** a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and trauma to his body as a result of the attack.  To this day, Mr. Goff is scarred and suffers and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack. He was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

80. Plaintiff **The Estate of Hector M. Gonzalez Pastrana,** administered by Diana Gonzalez**,** is the legal entity that represents the late **Hector M. Gonzalez Pastrana**, who died in 2017.  **Hector M. Gonzalez Pastrana,** an airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Gonzalez received medical treatment for his wounds at the makeshift triage site.  During his lifetime, he was scarred and suffered from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Gonzalez was awarded a Purple Heart for his wounds and was given a disability rating by the V.A. In addition his widow, Plaintiff **Diana Gonzalez**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

81. Plaintiff **Rudolph Grimm II**, a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds to his body and glass shards and splinters in his eyes.  Mr. Grimm received medical treatment for his wounds.  To this day, he is scarred and suffers from PTSD and other mental and/or

emotional injuries as a result of the Khobar Towers attack.  Mr. Grimm was awarded a Purple Heart for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  Mr. Grimm was given a disability rating by the V.A.

82. Plaintiff **Shawn K. Hale**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds to his body and glass shards and splinters in his eyes and face that left him with a lacerated eyelid and rendered him virtually blind.   Mr. Hale received medical treatment for his wounds including five surgeries.   To this day, he suffers from near blindness, disfigurement, and scarring, as well as PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Hale was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

83. Plaintiff **Torrey S. Hardy** an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds to his body and extremities.  Mr. Hardy received medical treatment for his wounds including surgery to remove shrapnel from his wounds and to repair damage to his left knee.  To this day, he is scarred, and suffers from pain and lack of mobility, as well as PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Hardy was awarded a Purple Heart for his wounds and is seeking a disability rating by the V.A.

84. Plaintiff **Michael J. Harner,** a Colonel for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.   He sustained multiple life threatening deep lacerations and glass shrapnel

wounds and trauma to his head and body and legs.   Mr. Harner received medical treatment including surgeries for his wounds.   To this day, he is scarred and suffers from nerve damage and loss of feeling in his legs, PTSD, and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Harner was awarded a Purple Heart for his wounds. In addition, his wife, Plaintiff **Julia N. Harner**, his father, Plaintiff **James O. Harner**, his mother, Plaintiff **Nancy S. Harner**, and his sister, **Michelle A. Caldwell,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

85. Plaintiff **Gregory R. Hedglin,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.   He sustained multiple life threatening lacerations and glass shrapnel wounds and trauma to his head, body and extremities. Mr. Hedglin also sustained ruptured eardrums.   He received emergency surgery to stop hemorrhaging from a wound to his jugular vein and required close to one hundred sutures.   To this day, Mr. Hedglin is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   He was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

86. Plaintiff **Randy W. Hooker**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.   He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.    Mr. Hooker received medical treatment at the makeshift triage site.   To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Hooker was awarded a Purple Heart

for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He is currently seeking a disability rating from the V.A.

87. Plaintiff **Dusty L. Huntley,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. To this day he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Huntley was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Roberta A. Huntley**, his brother, Plaintiff **Shannon Huntley**, and his brother Plaintiff **Kevin L. Huntley**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

88. Plaintiff **Michael R. Jay**, a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He lost his left ear and sustained a traumatic brain injury and concussion, multiple lacerations and glass shrapnel wounds, and trauma to his head, neck, body and extremities as a result of the attack.  Mr. Jay received medical treatment at Saudi hospital and was evacuated by helicopter to a trauma center in Germany.  To this day, he is scarred and disfigured and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Jay was awarded a Purple Heart for his wounds and he is currently seeking a disability rating by the V.A.  In addition, his father, Plaintiff **Robert M. Jay**, and his mother, Plaintiff **Donna Jay**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

89. Plaintiff **Stephen K. Johnson,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar

Towers complex.  He sustained a concussion and TBI and trauma to his head and body.
Mr. Johnson received medical treatment at the makeshift triage site.  To this day, he
suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar
Towers attack.  Mr. Johnson was awarded the Air Force Achievement Medal with Valor
and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Jessica D.
Johnson**, and his son, Plaintiff **Stephen K. Johnson, II**, endured extreme mental pain,
suffering and anguish, and sustained emotional injury and loss and incurred economic
losses.

90. Plaintiff **David P. Jordan,** a Staff Sergeant for the United States Air Force at the time of
the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He
sustained a concussion and was rendered unconscious, and sustained multiple lacerations
and glass shrapnel wounds and trauma to his body and extremities.   Mr. Jordan received
medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from
PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.
Mr. Jordan was awarded a Purple Heart for his wounds and is currently seeking a
disability rating from the V.A.  In addition, his wife, Plaintiff **Ruth A. Jordan**, endured
extreme mental pain, suffering and anguish, and sustained emotional injury and loss and
incurred economic losses.

91. Plaintiff **Patrick H. Kick,**  a Senior Airman for the United States Air Force at the time of
the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He
sustained multiple lacerations and glass shrapnel wounds and trauma to his body and
extremities.   Mr. Kick received medical treatment at the makeshift triage site.  To this
day, he is scarred and suffers from knee pain and PTSD and other mental and/or

emotional injuries as a result of the Khobar Towers attack.  Mr. Kick was awarded a Purple Heart for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the V.A.

92. Plaintiff **Thomas A. Kininger,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. Kininger received medical treatment at the makeshift site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Kininger was awarded a Purple Heart for his wounds.  He was given a disability rating by the V.A.

93. Plaintiff **Steven R. Kitis**, a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Kitis received medical treatment at two hospitals following the bombing.  To this day, he is scarred and suffers from his injuries.  Mr. Kitis was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Geraldine R. Hartman-Kitis**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

94. Plaintiff **Aaron L. Lande**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his extremities.  Mr. Lande received medical treatment at the makeshift triage site and at a hospital following the bombing.  To this day, he is scarred and suffers from hearing loss

and tinnitus, PTSD, and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Lande was awarded a Purple and was given a disability rating by the V.A.

95. Plaintiff **Shane A. Little**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head and body.  Mr. Little received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from hearing loss and tinnitus, PTSD, and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Little was awarded a Purple Heart and is seeking a disability rating from the V.A.

96. Plaintiff **Angeline Marsh**, an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  She sustained multiple lacerations and glass shrapnel wounds and trauma to her eyes, head, body and extremities.  Ms. Marsh received medical treatment at numerous hospitals and medical facilities.  To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Marsh was awarded a Purple Heart for her wounds.  She is currently seeking a disability rating from the V.A.  In addition, her mother, Plaintiff **Minnie D. Hebert**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

97. Plaintiff **Joe D. McDonald,** a Captain for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.

He sustained multiple lacerations and glass shrapnel wounds and trauma to his legs.  Mr. McDonald received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. McDonald was awarded a Purple Heart for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He is currently seeking a disability rating from the V.A.

98. Plaintiff **Matthew E. McEndree**, a Senior Airman  for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained a concussion and TBI, and multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. McEndree received medical treatment at a hospital after the attack.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. McEndree was awarded a Purple Heart for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He was given a disability rating from the V.A.

99. Plaintiff **Phillip E. Miller,** an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his face, head, body and extremities.  Mr. Miller received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental injuries as a result of the Khobar Towers attack.  Mr. Miller was awarded a Purple Heart for his wounds.  He is currently seeking a disability rating from the V.A.

100.     Plaintiff **Scott A. Miller,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. Miller received medical treatment at the makeshift triage site and at a hospital when he returned home.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Miller was awarded a Purple Heart for his wounds and is currently seeking a disability rating from the V.A.

101.     Plaintiff **Shawn F. Mohammed,** and Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities, due to being blown through a glass door.  Mr. Mohammed received medical treatment at the makeshift triage site.  To this day, he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Mohammed was awarded a Purple Heart for his wounds and is currently seeking a disability rating from the V.A.

102.     Plaintiff **Erin L. Murphy,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  She sustained emotional trauma during the attack.  To this day, Ms. Murphy suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  She received a Commendation Medal with Valor for her exemplary courage and heroism.  Ms. Murphy was given a disability rating by the V.A.

103.     Plaintiff **Ronald W. Neldon,** a Chief Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.   He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.   Mr. Neldon received medical treatment at the makeshift triage site.   To this day, he suffers scarring and from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Neldon was awarded a Purple Heart for his wounds but turned it down.   He was awarded the Air Force Commendation Medal with Valor for his exemplary courage and heroism.   Mr. Neldon was given a disability rating by the V.A.

104.     Plaintiff **George Nicholaou,** a Chief Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.   He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.   Mr. Nicholaou received medical treatment at the makeshift triage site to remove glass shards embedded in his body and to suture his wounds.   To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Nicholaou was awarded a Purple Heart for his wounds and given a disability rating by the V.A.   In addition, his wife, Plaintiff **Noreen B. H. Nicholaou,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

105.     Plaintiff **Laurence P. Oliver**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling emotional injuries at the 1996 attack on the Khobar Towers complex.   Since the attack and until this day, he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr.

Oliver was awarded an Air Force Achievement Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the V.A.

106.    Plaintiff **Mary E. Ortiz,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  She sustained multiple lacerations and glass shrapnel wounds and trauma to her head and body.  Ms. Ortiz received medical treatment at numerous medical facilities to remove glass shards embedded in her body and to suture her wounds.  To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Ortiz was awarded a Purple Heart for her wounds and was given a disability rating by the V.A.

107.    Plaintiff **Jennifer R. Parker,** an Airman First Class for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  She sustained multiple lacerations and glass shrapnel wounds and trauma to her face, head, body and extremities.  Mrs. Parker received medical treatment at a hospital to remove glass shards embedded in her body and to suture her wounds.  To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mrs. Parker was awarded a Purple Heart for her wounds and was given a disability rating by the V.A.

108.    Plaintiff **Kevin J. Pflaum,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his face, body and extremities.  Mr. Pflaum received medical treatment at a hospital to remove glass shards embedded in his body and to suture his wounds.  To this

day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Pflaum was awarded a Purple Heart for his wounds and is currently seeking a disability rating from the V.A.  In addition, his wife, Plaintiff **Donna Pflaum**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

109.     Plaintiff **Leighton Reid, Jr.**, a Master Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained a concussion and TBI, multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Reid received medical treatment at the makeshift triage center and at a hospital to remove glass shards embedded in his body and to suture his wounds.  To this day he, is scarred and suffers from tinnitus, hearing loss, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Reid was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his son, Plaintiff **Sean C. Reid**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

110.     Plaintiff **Dustin J. Rhode,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. Rhode received medical treatment at a hospital to remove glass shards embedded in his body and to suture his wounds.  To this day, he is scarred as a result of the Khobar Towers attack.  Mr. Rhode was awarded a Purple Heart for his wounds.  In addition, his mother, Plaintiff **Laurie R. Rhode**, endured extreme

mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

111.     Plaintiff **Andrea D. Richards,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.   She sustained multiple lacerations and glass shrapnel wounds and trauma to her head, body and extremities.   Ms. Richards assisted with treating other injured airmen and only then received medical treatment at the makeshift triage site to remove glass shards embedded in her body.   To this day, she is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack. Ms. Richards was awarded a Purple Heart for her wounds and the Air Force Commendation Medal with Valor for her exemplary courage and heroism.   She was given a disability rating by the V.A.

112.     Plaintiff **Richard E. Rollins,** a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.   Mr. Rollins received medical treatment at a hospital to remove glass shards embedded in his body and to suture his wounds.   To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.   Mr. Rollins was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

113.     Plaintiff **Dana S. Rozelle,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.   She sustained hearing loss and multiple lacerations and glass shrapnel wounds

and trauma to her body and extremities.  Ms. Rozelle received medical treatment at the makeshift triage site to remove glass shards embedded in her body.  To this day, she is scarred and suffers from tinnitus, PTSD, and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Rozelle was awarded a Purple Heart for her wounds and was given a disability rating by the V.A.

114.      Plaintiff **Michael J. Rusnak,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered serve injuries as a result of the 1996 attack on the Khobar Towers complex. He was rendered unconscious and sustained a traumatic brain injury and concussion, and multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Rusnak received medical treatment at several hospitals immediately following the bombing and thereafter.  To this day, he is scarred and suffers from neurologic and orthopedic conditions, as well as PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Rusnak was awarded a Purple Heart for his wounds but turned it down.  He was awarded the Air Force Commendation Medal with Valor for his exemplary courage and heroism, and was given a disability rating by the V.A.

115.      Plaintiff **Jon C. Schamber,** a Senior Airman for the United States Air Force at the time of the attack, suffered serve injuries as a result of the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Schamber received medical treatment at several hospitals including surgery to repair deep muscle lacerations.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers

attack.  Mr. Schamber was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

116.     Plaintiff **Erich J. Schneider,** a Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained a concussion and TBI and trauma to his body.  Mr. Schneider received medical treatment at several hospitals.  To this day, he suffers from memory loss, cognitive impairment, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Schneider was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his mother, Plaintiff **Diane M. Cothren**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

117.     Plaintiff **Jereme D. Schuchard,** an Airman First Class for the United States Air Force at the time of the attack, suffered serve injuries as a result of the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Schuchard received medical treatment during the attack and thereafter.  To this day, he is scarred and suffers from constant pain, tinnitus, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Schuchard was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his mother, Plaintiff **Brenda G. Munoz**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

118.     Plaintiff **Bryan D. Scott**, a Senior Airman for the United States Air Force at the time of the attack, suffered serve injuries as a result of the 1996 attack on the Khobar

Towers complex.  He sustained a concussion and TBI, multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Scott received medical treatment including surgery to repair his back.  To this day, he is scarred and suffers from back and body pain and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Scott was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.   In addition, his father, Plaintiff **Michael G. Scott**, his mother, Plaintiff **Connie Sturgill**, and his brothers, Plaintiff **Michael G. Scott, II**, and Plaintiff **Jonathan L. Scott**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

119.        Plaintiff **Brandie R. Shaffer,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe emotional injuries as a result of the 1996 attack on the Khobar Towers complex.  She received medical treatment for her injuries.  To this day, she suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mrs. Shaffer was given a disability rating by the V.A.

120.        Plaintiff **Robert G. Siler** a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.   He sustained a concussion, a dislocated shoulder and multiple lacerations and glass shrapnel wounds and trauma to his face, head, body and extremities as a result of the attack.  Mr. Siler received multiple surgeries to repair his shoulder and to remove the glass shards from his body.  To this day, he is scarred and has chronic pain and loss of use of his shoulder, and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Siler was awarded a Purple Heart

for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the V.A.

121.     Plaintiff **William F. Sine,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained a concussion and TBI that rendered him unconscious for close to an hour, broken bones and multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Sine received medical treatment at numerous hospitals during the attack and thereafter.  To this day, he is scarred and suffers from constant back pain and limited mobility as a result of the Khobar Towers attack.  Mr. Sine was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his son, Plaintiff **William D. Sine**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

122.     Plaintiff **Rodney C. Smith**, a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex. He sustained a dislocated knee, paralysis in both legs and multiple lacerations and glass shrapnel wounds and trauma to his body and extremities. Mr. Smith received medical treatment at numerous hospitals during the attack and thereafter.  To this day, he is scarred and suffers from constant pain and limited mobility and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Smith was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Jennie L. Smith**, his daughters, Plaintiff **A'doria T. Smith**, Plaintiff **Alexandra C. Smith**, and his son,

Plaintiff **Romarus Smith,** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

123.     Plaintiff **Joseph D. Stroud,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head and body.  Mr. Stroud received medical treatment at the makeshift triage site immediately following the attack and thereafter at a hospital.  To this day, he is scarred and suffers back pain, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Stroud was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

124.     Plaintiff **Kenneth L. Sturdivant,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Sturdivant received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Sturdivant was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

125.     Plaintiff **Zachary S. Sutton,** a Senior Airman for the United States Air Force at the time of the attack, suffered serve injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Sutton received medical treatment at the makeshift triage site, including removal of glass shards from his eyes.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers

attack.  Mr. Sutton was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

126.     Plaintiff **Clifford L. Thomas,** a First Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained a traumatic brain injury and concussion, and multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Thomas received medical treatment at a hospital for several days immediately following the bombing.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Thomas was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Margaret L. Thomas**, his daughter, Plaintiff **Camillia T. Thomas-Harris** and his sons, Plaintiff **Cedric C. Thomas** and Plaintiff **Adrian D. Thomas**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

127.     Plaintiff **Roland L. Tiner, Jr.,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to his body.  Mr. Tiner received medical treatment at the makeshift triage center immediately following the bombing.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Tiner was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his mother, Plaintiff **Annie L. Tiner**, his sister, Plaintiff **Stacee L. Tiner Marcum,** and his brother, Plaintiff **Thomas S. Tiner**, endured extreme mental pain,

suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

128.    Plaintiff **Grady W. Tucker, Jr.,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained torn ligaments, multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Tucker received medical treatment including surgery at a hospital immediately following the bombing.  To this day he is scarred and suffers from nerve damage, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Tucker was awarded a Purple Heart for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the V.A.  In addition, his father, Plaintiff **Grady W. Tucker, Sr.** endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

129.    Plaintiff **Brian E. VanHorn**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. VanHorn received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. VanHorn was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

130.    Plaintiff **Brian E. Volk,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained a concussion and TBI that rendered him unconscious,

multiple lacerations and glass shrapnel wounds and trauma to his face, head, body and extremities.  Mr. Volk received medical treatment at the temporary triage site and thereafter, including surgery to repair a torn right eyelid.  To this day, he has disfiguring scars and suffers from a brain ischemia, and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Volk was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

131.     Plaintiff **Aaron Weimer,** an Airman First Class for the United States Air Force at the time of the attack, suffered severe emotional injuries at the 1996 attack on the Khobar Towers complex. To this day, he suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Weimer was awarded the Air Force Commendation Medal with Valor for his exemplary courage and heroism, and was given a disability rating by the V.A.

132.     Plaintiff **David G. Westrup,** a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained a TBI and trauma to his ears and head.  Mr. Westrup received medical treatment at hospital following the bombing.  To this day, he suffers from hearing loss, tinnitus, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers.  Mr. Westrup was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Rebecca Westrup**, his daughter, **Angelena D. Mangnall**, and his son, **Michael D. Westrup**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

133.     Plaintiff **Martin L. Wheeler,** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to body and extremities.  Mr. Wheeler received medical treatment at the makeshift triage site and thereafter at other medical facilities.  To this day, he is scarred and suffers from orthopedic injuries, tinnitus, and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Wheeler was awarded a Purple Heart for his wounds and the Air Force Commendation Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Tracie L. Wheeler**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

134.     Plaintiff **Douglas T. Widdis**, a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers Complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Widdis received medical treatment at the makeshift triage site.  To this day, he is scarred as a result of the Khobar Towers attack.  Mr. Widdis was awarded a Purple Heart for his wounds and the Air Force Achievement Medal with Valor for his exemplary courage and heroism.

135.     Plaintiff **Elliott Williams** a Staff Sergeant for the United States Air Force at the time of the attack, suffered severe injuries at the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his eyes, head, body and extremities.  Mr. Williams received medical treatment at the makeshift triage site immediately following the attack and thereafter at two different

hospitals.  To this day, he suffers from pain, nerve damage, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Williams was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Dana L. Williams**, and his sons, Plaintiff **Chad T. Williams** and Plaintiff **Erik B. Lee**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

136.     Plaintiff **Kevin S. Williams,** a First Lieutenant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex. He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Williams received medical treatment at the makeshift triage site for his wounds and for shock and dehydration.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Williams was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his mother, Plaintiff **Lorna M. McDermott**, and his brother, Plaintiff **Eric R. Williams**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

137.     Plaintiff **Joseph D. Wilson,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained a concussion, multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. Wilson received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from pain, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr.

Wilson was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

138.     Plaintiff **Michael A. Wilson,** a Senior Airman for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his body and extremities.  Mr. Wilson received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Wilson was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

139.     Plaintiff **Scott A. Wolff,** a Master Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Scott received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Scott was awarded a Purple Heart for his wounds and the Air Force Achievement Medal with Valor for his exemplary courage and heroism.  He was given a disability rating by the V.A.

140.     Plaintiff **Mitchell D. Wright,** a Technical Sergeant for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained eye injuries and multiple lacerations and glass shrapnel wounds and trauma to his head, body and extremities.  Mr. Wright received medical treatment that included two surgeries on his eyes.  To this day, he is scarred and suffers near blindness and from PTSD and other mental and/or emotional injuries as a

result of the Khobar Towers attack.  Mr. Wright was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.  In addition, his wife, Plaintiff **Patricia E. Wright**, his daughter, Plaintiff **Elin C. Brown,** and his son, Plaintiff **Erik M. Wright**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

141.     Plaintiff **Travis W. Wyatt,** an Airman First Class for the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the Khobar Towers complex.  He sustained multiple lacerations and glass shrapnel wounds and trauma to his extremities.   Mr. Wyatt received medical treatment at the makeshift triage site.  To this day, he is scarred and suffers from PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Wyatt was awarded a Purple Heart for his wounds and was given a disability rating by the V.A.

142.     Plaintiff **John J. Yeichner**, a Senior Airman for the United States Air Force at the time of the attack, suffered severe disabling injuries at the 1996 attack on the Khobar Towers complex.  He sustained several a dislocated shoulder and multiple lacerations and glass shrapnel wounds and trauma to his body and extremities as a result of the attack.  Mr. Yeichner received medical treatment immediately after the attack and ultimately required surgery to repair his dislocated shoulder.  To this day, he is scarred and suffers from pain and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Mr. Yeichner was given a disability rating by the V.A. and is seeking a Purple Heart for his wounds.

143.     Plaintiff **Selena P. Zuhoski,** a Technical Sergeant in the United States Air Force at the time of the attack, suffered severe injuries as a result of the 1996 attack on the

Khobar Towers complex.  She was rendered unconscious and sustained a concussion, a TBI, and trauma to her head and body.  Ms. Zuhoski received medical treatment following the bombing.  To this day, she suffers from pain, cognitive impairment, seizures, PTSD and other mental and/or emotional injuries as a result of the Khobar Towers attack.  Ms. Zuhoski was awarded a Purple Heart for her wounds and was given a disability rating by the V.A.  In addition, her mother, Plaintiff **Linda L. Robinson**, endured extreme mental pain, suffering and anguish, and sustained emotional injury and loss and incurred economic losses.

### COUNT I
### BATTERY
### By Surviving Injured Plaintiffs
### (Under 28 U.S.C. § 1605A(c))

144.     Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the forgoing paragraphs as if fully set forth herein.

145.     Hezbollah, with the material support of the defendants, violently and forcefully committed illegal acts during the bombing of the Khobar Towers.

146.     These willful wrongful and intentional acts constitute a violent batter upon the bodies and/or minds of the Plaintiffs who are surviving victims and caused injury to them.

147.     As a direct and proximate result of the willful, wrongful and intentional act of Hezbollah, with the material support of the defendants Iran, MOIS and IRGC, each and every one of the Surviving Injured Plaintiffs were damaged in that they endured extreme mental anguish, physical injury, and pain and suffering.

148.     **WHEREFORE**, each of the airmen who are Surviving Injured Plaintiffs of the Khobar Towers bombing demand that judgment be entered against defendants Iran, MOIS and IRGC jointly and severally for the damages suffered, including but not limited to pain, suffering, mental anguish, and pecuniary losses, for each in an amount in excess of $20 million ($20,000,000) and pre-judgment interest.

### COUNT II
### ASSAULT
### By Surviving Injured Plaintiffs
### (Under 28 U.S.C. § 1605A(c))

149.     Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the forgoing paragraphs as if fully set forth herein.

150.     During, the bombing of the Khobar Towers, Hezbollah, with the material support of the defendants Iran, MOIS and IRGC intentionally and willfully put the airmen who are Surviving Injured Plaintiffs in fear for their lives and in apprehension of harm and injury as a direct result of the bomber's physical and mental abuse inflicted upon them.

151.     As a direct and proximate result of the willful, wrongful, and intentional act of Hezbollah, with the material support of the defendants, each and every one of the airmen who are among the Surviving Injured Plaintiffs were injured in that they endured extreme mental anguish, physical injury, and pain and suffering, all to their damage.

152.     **WHEREFORE**, the Surviving Injured Plaintiffs, victims of the Khobar Towers bombing, demand that judgment be entered against defendants Iran, MOIS and IRGC jointly and severally for the damages suffered, including but not limited to pain, suffering, mental anguish, and pecuniary losses, for each in an amount in excess of $20 million ($20,000,000) and pre-judgment interest.

## COUNT III
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## AND LOSS OF SOLATIUM
## By Surviving Injured Plaintiffs
**(Under 28 U.S.C. § 1605A(c))**

153.     Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein.

154.     The actions of Defendants of providing material support causing the bombing of the Khobar Towers complex constitute extreme and outrageous conduct intended to cause Plaintiffs severe emotional distress.

155.     The actions by Defendants were undertaken deliberately and recklessly, with knowledge that they would cause severe emotional distress to the U.S. Air Force personnel injured in the bombing of the Khobar Towers.

156.     The Surviving Injured Plaintiffs, victims of the Khobar Towers attack, endured extreme mental anguish, pain and suffering and economic losses, sustained the loss of the companionship of their family and friends and were subjected to injury, pain discomfort and inconvenience.

157.     The actions of Defendants did in fact cause the bombing and subsequently was the cause in fact of the Surviving Injured Plaintiffs' suffering severe emotional distress.

158.     Defendants, by engaging in this intentional, unlawful conduct, intentionally inflicted emotional distress upon Plaintiffs.

159.     As a direct consequence of the actions of the Defendants Iran, MOIS and IRGC, the Surviving Injured Plaintiffs have suffered extreme mental anguish, pain and suffering, emotional distress, and loss of solatium, in accordance with 28 U.S.C. § 1605A(c).

160.    **WHEREFORE**, the aforementioned Surviving Injured Plaintiffs demand judgment against Defendants Iran and MOIS jointly and severally, for each in an amount in excess of TWENTY MILLION DOLLARS ($20,000,000.00).

**COUNT IV**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**AND LOSS OF SOLATIUM**
**By Immediate Relatives of Surviving Injured Plaintiffs**
**(Under 28 U.S.C. § 1605A(c))**

161.    Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein.

162.    The actions of Defendants of providing material support causing the bombing of the Khobar Towers complex constitute extreme and outrageous conduct intended to cause Plaintiffs severe emotional distress.

163.    The actions by Defendants were undertaken deliberately and recklessly, with knowledge that they would cause severe emotional distress to the immediate relatives of the U.S. Air Force personnel injured in the bombing of the Khobar Towers.

164.    The Plaintiffs who are Immediate Relatives of Surviving Injured Plaintiffs, were aware that the bombing of the Khobar Towers had taken place, knew that their loved ones were present at the Khobar Towers, feared that their loved ones were killed or injured and ultimately learned that their loved ones survived but were injured in the attack.

165.    The actions of Defendants did in fact cause the bombing and subsequently was the cause in fact of the Plaintiffs suffering severe emotional distress.

166.    Defendants, by engaging in this intentional, unlawful conduct, intentionally inflicted emotional distress upon Plaintiffs.

167.     As a direct consequence of the actions of the Defendants Iran, MOIS and IRGC, the Plaintiffs who are Immediate Relatives of Surviving Injured Plaintiffs, have suffered extreme mental anguish, pain and suffering, emotional distress, and loss of solatium, in accordance with 28 U.S.C. § 1605A(c).

168.     **WHEREFORE**, the aforementioned Plaintiffs who are Immediate Relatives of Surviving Injured Plaintiffs demand judgment against Defendants Iran and MOIS jointly and severally, for each in an amount in excess of TWENTY MILLION DOLLARS ($20,000,000.00).

## COUNT V
## ECONOMIC DAMAGES
### By All Plaintiffs
### (Under 28 U.S.C. § 1605A(c))

169.     Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein.  All Plaintiffs incurred economic damages as a result of the injuries they suffered by Defendants' assault and battery on their person, and were deprived of income from future employment and employment opportunity.

170.     As a direct and proximate result of the willful, wrongful, intentional and reckless acts of Hezbollah, whose acts were funded and directed by Defendants Iran, MOIS and IRGC, the surviving injured victims incurred economic damages as a result of their physical and psychological injuries and were deprived of income from future employment.

171.     For the reasons stated above, Defendants are jointly and severally liable to the Plaintiffs who are surviving injured victims in accordance with 28 U.S.C. § 1605A(c).

172.     **WHEREFORE**, all plaintiffs demand judgment against Defendants Iran, MOIS and IRGC, jointly and severally, for economic injuries as a result of their battery and assault in an amount to be determined at trial, but no less than One Billion Dollars ($1,000,000,000) to be allocated among those plaintiffs, as the evidence may show.

**COUNT VI**
**PUNITIVE DAMAGES**
**By All Plaintiffs**
**(Under 28 U.S.C. § 1605A(c))**

173.     All Plaintiffs, repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein.

174.     The actions of the Defendants, carried out in their names and by their agencies and instrumentalities, were malicious, willful, unlawful, reckless and in wanton disregard of life and the standards of law that govern the actions of civilized nations. The losses, injuries and damages to Plaintiffs as above described were intended as a result and were caused by each Defendant.

175.     Pursuant to 28 U.S.C. §1605A(c), which specifically authorizes a claim for punitive damages arising from state-sponsored terrorist acts, and for the reasons stated above, Defendants Iran, MOIS and IRGC are liable to Plaintiffs for punitive damages.

176.     **WHEREFORE**, all Plaintiffs demand an award of punitive damages against Defendants Iran, MOIS and IRGC jointly and severally, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs request that this Court grant judgment in their favor against Defendants jointly and severally, and grant Plaintiffs:

66

A.  Compensatory damages in favor of Plaintiffs and against Defendants jointly and severally, in the amounts demanded herein;

B.  Punitive damages in favor of Plaintiffs and against Defendants jointly and severally in the amount demanded herein;

C.  Reasonable costs and expenses;

D.  Reasonable attorney's fees; and

E.  Such other and further relief as the Court may determine to be just and equitable in the circumstances, including but not limited to leave of court to amend this Complaint as the interest of justice requires.

Respectfully submitted,


_/s/ Joshua M. Ambush_____
Joshua M. Ambush
Bar No. MD 27025
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
joshua@ambushlaw.com