IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
|  | * | |
|  | * | Case No. 1:17-cv-01376-BAH |
| Plaintiffs, | * | |
|  | * | |
| v. | * | |
|  | * | |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.* | * | **FILE UNDER SEAL** |
|  | * | |
| Defendants. | * | |
|  | * | |

**************************************************************************

**PLAINTIFFS' MOTION TO FILE UNDER SEAL
AND FOR EXCEPTION TO LOCAL RULE LCvR 5.1(c)(1)**

Plaintiffs, William M. Schooley and one hundred ninety three other Plaintiffs ("Plaintiffs") through undersigned counsel, and in line with LCvR 5.1(h), respectfully request that the Court approve their filing of the Complaint without their addresses as an exception to LCvR 5.1(c)(1). Plaintiffs further request that the Court accept as an alternative their submission of the addresses under seal by attachment to this motion. A true and correct listing of Plaintiffs addresses are attached hereto as "Attachment A." Plaintiffs additionally request that the Court order that this Motion and Attachment, and the information contained herein, be sealed, and in support thereof state as follows:

Plaintiffs filed the instant case on July 13, 2017 without listing their addresses in the caption as required under LCvR 5.1(c)(1). Plaintiffs are surviving airmen who were injured in the terrorist bombing attack perpetrated by Hezbollah members at the Khobar Towers complex on June 25, 1996 and certain of their immediate family members.

Defendants here are the foreign sovereign state the Islamic Republic of Iran and its political subdivisions, The Iranian Ministry of Information and Security and The Iranian Islamic Revolutionary Guard Corp. Due to the high profile and controversial nature of their complaint, Plaintiffs are concerned for their safety and security. They are fearful that disclosure of their addresses, as required by LCvR 5.1(C)(1), may increase their vulnerability to reprisals. This Court has granted similar motions in FSIA cases. *See, e.g., Flanagan v. Islamic Rep. of Iran*, Case No. 10-cv-1643 at ECF #2 (D.D.C. 2010) (granting motion for exception to LCvR 5.1 and permitting victims of terrorism to file addresses under seal).

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Exception to LCvR 5.1(c)(1), and also that this Court ORDER the Motion and Attachment and the information contained therein be sealed.

Dated: July 18, 2017

Respectfully Submitted,

Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Fax: (410) 484-9330
Email: joshua@ambushlaw.com