Case 1:17-cv-01376-BAH   Document 10-1   Filed 09/08/17   Page 1 of 1

## FedEx Express

**Package US Airbill**

FedEx Tracking Number: 8099 5639 6608

0200   Form ID No.

**FedEx Copy**

### 1 From

Date 8/31/17

Sender's FedEx Account Number: 17CV1316

Sender's Name: Joshua Ambush    Phone 410 484 207

Company: Joshua M. Ambush, LLC

Address: 1726 Reisterstown Rd, #206

City: Baltimore    State MD   ZIP 21208

### 2 Your Internal Billing Reference

### 3 To

Recipient's Name: Mr William Fitzler    Phone

Company: U.S. Dept. of Navy, OPR&IC

Address: 2100 Pennsylvania Ave

Address: JA-29, 4th Floor

City: Washington,    State DC   ZIP 20037

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Hold Weekday — 01
Hold Saturday — 31

### 4 Express Package Service    *To most locations.

Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

- 06 FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- 01 FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- 05 FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

- 49 FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- 03 FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
- 20 FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

### 5 Packaging    *Declared value limit $500.

- 06 FedEx Envelope*
- 02 FedEx Pak*
- 03 FedEx Box
- 04 FedEx Tube
- 01 Other

### 6 Special Handling and Delivery Signature Options    Fees may apply. See the FedEx Service Guide.

- 03 Saturday Delivery

No Signature Required — Package may be left without obtaining a signature for delivery.

10 Direct Signature — Someone at recipient's address may sign for delivery.

34 Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?

One box must be checked.

- ✓ No 04
- Yes — As per attached Shipper's Declaration.
- Yes — Shipper's Declaration not required. 06
- Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg

Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

8099 5639 6608

fedex.com  1.800.GoFedEx  1.800.463.3339

12869

05933052