**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC 19 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

WILLIAM M. SCHOOLEY, *et al.,*          *
                                        *
    Plaintiffs,                         *
        v.                              *          **Case No. 1:17-cv-01376-BAH**
                                        *
THE ISLAMIC REPUBLIC OF IRAN, *et al.*  *
                                        *
    Defendants.                         *
                                        *

**********************************************************************************

<u>**ORDER**</u>

Upon the Motion of the Plaintiffs, it is, by the Court, this __19th__ day of __December__, 2017.

**ORDERED**, that the Plaintiffs be and they hereby are permitted to proceed with service of the Complaint and Summons upon Defendants, the Islamic Republic of Iran, The Ministry of Information and Security and Iranian Revolutionary Guard Corp, through diplomatic channels in accordance with the requirements of 28 United States Code Section 1608(a)(4), and it is further

**ORDERED**, that the Clerk of this Court transmit two copies of the Complaint and Summons, with translations to Farsi, at the expense of the Plaintiff, to Rex W. Tillerson, Secretary of State, Attention: Corrin M. Ferber, Director of Special Consular Services, Office of Policy Review and Inter-Agency Liaison, Overseas Citizens Services, C/O Jared N. Hess, Attorney Adviser, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710, to be transmitted by the Secretary of State through diplomatic channels to the Defendants, the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corp, and it is further

ORDERED, that the Secretary of State shall return to this Court a certified copy of the

diplomatic note indicating when the papers were transmitted to the Defendants in accordance

with the provisions of 28 United States Code Section 1608(a)(4).

*Beryl A. Howell*
Beryl A. Howell
United States District Judge

Copy to:
JOSHUA M. AMBUSH, LLC
Joshua M Ambush, Esq.
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
410-484-2070
joshua@ambushlaw.com

Attorneys for Plaintiffs