Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY et al

_____
          Plaintiff(s)

     v.                                                    Civil Action: 17cv1376-BAH

ISLAMIC REPUBLIC OF IRAN et al

_____
          Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN  ; IRANIAN MINISTRY OF INFORMATION AND SECURITY  ; IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS AKA THE PASDARAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served with summons and copy of the complaint      on      2/7/2018      , and an affidavit

on behalf of the plaintiff having been filed, it is this  23rd  day of _____April_____ , 2018 declared that

defendant(s) is/are in default.

                                        ANGELA D. CAESAR, Clerk


                              By: _____ /s/ Reginald D. Johnson _____
                                        Deputy Clerk