## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,

    Plaintiffs,

v.

    Case No.  1:17-CV-01376 (BAH)

ISLAMIC REPUBLIC
OF IRAN, *et al.*,

    Defendants.

### PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
### UPON EVIDENTIARY HEARING
### AGAINST IRANIAN DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 55(b), 28 U.S.C. § 1608(e), and LCvR 7 all

Plaintiffs, hereby move for default judgment against Defendants the Islamic Republic of Iran; the

Iranian Ministry of Intelligence and Security; the Iranian Islamic Revolutionary Guard Corps;

(collectively "The Iranian Defendants").

Pursuant to LCvR 7, the grounds for this motion are set forth in the accompanying Statement of

Points and Authorities.

Respectfully submitted,

Joshua M. Ambush, Esquire
Bar No. MD27025
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
joshua@ambushlaw.com

Dated: May 15, 2018

Attorney for Plaintiffs