## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,      *

      Plaintiffs,      *

v.      *     Case No.  1:17-CV-01376 (BAH)

ISLAMIC REPUBLIC
OF IRAN, *et al.*,      *

      Defendants.      *

**************************************************************************

### PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Pursuant to Federal Rule of Civil Procedure 16(b) and LCvR 16.4, all Plaintiffs hereby move for a status conference.

Pursuant to LCvR 7, the grounds for this motion are set forth in the accompanying Statement of Points and Authorities.

Respectfully submitted,

Joshua M. Ambush, Esquire
Bar No. MD27025
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
joshua@ambushlaw.com
Attorney for Plaintiffs

Dated: June 15, 2018