## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,     *

                 *

    Plaintiffs,           *

                 *

    v.               *      Case No.  1:17-CV-01376 (BAH)

                 *

ISLAMIC REPUBLIC       *

OF IRAN, *et al.*,         *

                 *

    Defendants.        *

**************************************************************************

## PLAINTIFFS' RESPONSE TO ORDER
## ON
## MOTION FOR MISCELLANEOUS RELIEF

Plaintiffs, by and through undersigned counsel, in response to this Court's Order on Motion for Miscellaneous Relief, of June 18, 2018, hereby respectfully states as follows:

Upon consideration of this Honorable Court's Minute Order, Plaintiffs understand that the Court is amenable to issuing judgment as to liability on the pleadings and on case precedent in lieu of an evidentiary hearing.

Plaintiffs further understand that the Court prefers to accept documentary evidence as to damages directly, without a Magistrate Judge or a Special Master.

Plaintiffs filed ECF#3, Notice, Consent and Reference of a Civil Action to a Magistrate Judge, with the understanding that doing so would advance their case on an expedited basis. The Notice that is attached to the Court's consent form states that the advantage of a Magistrate is that **"the case will be resolved sooner and less expensively"**. (Emphasis Added)  (See Exhibit A)

With that information in mind, Plaintiffs intended to seek appointment of a Magistrate when they filed their Motion for Status Conference.  (See ECF#17)

Given this Honorable Court's indication that it is prepared to proceed directly and expeditiously, Plaintiffs hereby agree to proceed without a Magistrate and to present documentary evidence as to damages directly to the Court.

Plaintiffs do not contemplate that a hearing on damages will be necessary. Rather, Plaintiffs anticipate submitting documentary evidence as to damages directly to the Court for its consideration.

Plaintiffs do not contemplate that a Special Master will be necessary. Rather, Plaintiffs anticipate submitting Proposed Findings of Fact and Conclusions of Law directly to the Court for its consideration.

Accordingly, Plaintiffs submit that the Status Conference scheduled for June 29, 2018, is no longer necessary.

Respectfully submitted,

Joshua M. Ambush, Esquire
Bar No. MD27025
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
joshua@ambushlaw.com
Attorney for Plaintiffs

Dated: June 20, 2018