| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-CV-01376-BAH |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiffs, William M. Schooley and one hundred ninety-three other Plaintiffs ("Plaintiffs"), through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court grant an extension of time to file Plaintiffs' Proposed Findings of Fact and Conclusions of Law.

Plaintiffs, surviving airmen who were injured in the terrorist bombing perpetrated by Hezbollah members at the United States Air Force facility at Khobar Towers in Saudi Arabia on June 25, 1996 and certain of their immediate family members, filed this action on July 13, 2017. Plaintiffs filed a Motion for Entry of Default against Defendants as to Defendants Iranian Islamic Revolutionary Guard Corps, Iranian Ministry of Information and Security, and the Islamic Republic of Iran on April 20, 2018.  The Court issued an Entry of Default as to those Defendants on April 23, 2018.  On June 20, 2018, the Court issued an Order vacating the status conference scheduled on June 29, 2018 and directing Plaintiffs to submit their proposed findings of fact and conclusions of law and any documentary evidence as to damages by July 27, 2018.  Plaintiffs seek an extension of time of 60 days.

The reason for the extension is the time required to allow each of the Plaintiffs to provide counsel with all of the documents and information required to support their claims. Plaintiffs reside all over the U.S. and internationally. Counsel depends on receiving each Plaintiff's documentary evidence and on communicating individually with each Plaintiff about their individual claims and evidence in order to complete Plaintiffs' Proposed Findings of Facts and Conclusions of Law. Notwithstanding an extension, Plaintiffs intend to submit their documentation as soon as possible and in advance of any new deadline.

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Extension of Time and ORDER that Plaintiffs submit their Proposed Findings of Fact and Conclusions of Law and any documentary evidence as to damages by September 26, 2018.

Dated: July 12, 2018

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,　　　*

Plaintiffs,　　　*

v.　　　*　　　Case No.　1:17-CV-01376-BAH

ISLAMIC REPUBLIC　　　*
OF IRAN, *et al.*,　　　*

Defendants.　　　*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File Proposed

Findings of Fact and Conclusions of Law, it is hereby:

ORDERED that Plaintiff's Motion for Extension of Time to File Proposed Findings of

Fact and Conclusions of Law is GRANTED; and it is further

ORDERED that Plaintiff has until September 26, 2018 to file Plaintiffs' Proposed

Findings of Fact and Conclusions of Law.

SO ORDERED.

DATED: _____　　　_____
　　　　　　　　　　　　　　　　　The Honorable Beryl A. Howell
　　　　　　　　　　　　　　　　　Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018 I caused Plaintiff's Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: July 12, 2018

/s/ Joshua M. Ambush_____
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*