# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,     \*

                         \*

     Plaintiffs,           \*

                         \*

     v.                \*     Case No.  1:17-CV-01376-BAH

                         \*

ISLAMIC REPUBLIC       \*

OF IRAN, *et al.*,            \*

                         \*

     Defendants.         \*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EVIDENCE UNDER SEAL

Plaintiffs, William M. Schooley and one hundred ninety-three other Plaintiffs ("Plaintiffs"), through undersigned counsel, pursuant to Local Rule LCvR5.1(h), respectfully request that the Court approve their filing of declarations and exhibits under seal.

Plaintiffs, surviving airmen who were injured in the terrorist bombing perpetrated by Hezbollah members at the United States Air Force facility at Khobar Towers in Saudi Arabia on June 25, 1996 and certain of their immediate family members, filed this action on July 13, 2017. Plaintiffs filed a Motion for Entry of Default against Defendants as to Defendants Iranian Islamic Revolutionary Guard Corps, Iranian Ministry of Information and Security, and the Islamic Republic of Iran on April 20, 2018.  The Court issued an Entry of Default as to those Defendants on April 23, 2018.  On June 20, 2018, the Court issued an Order vacating the status conference scheduled on June 29, 2018 and directing Plaintiffs to submit their proposed findings of fact and conclusions of law and any documentary evidence as to damages by July 27, 2018. Plaintiffs filed a Motion for Extension of Time on July 13, 2018 which the Court granted and directed Plaintiffs to file the submissions by September 26, 2018.

Plaintiffs intend to file documentary evidence as to damages in the form of declarations and exhibits for each Plaintiff. Plaintiffs seek the Court's approval to file these under seal due to both security and privacy issues.

Due to the high profile and controversial nature of their complaint, Plaintiffs are concerned for their security and safety. The declarations and many of the exhibits (such as medical records) contain the personal addresses of the service members and their families. They are fearful that the disclosure of their addresses if the declarations and exhibits are filed publicly may increase their vulnerability to reprisals. The Court previously granted Plaintiff's Motion to File Under Seal and for Exception to Local Rule LCvR5.1(c)1), (ECF No. 6), and approved their filing of the Complaint without Plaintiffs' addresses and accepted the submission of the addresses under seal.

In order to demonstrate their U.S. citizenship, Plaintiffs will submit as exhibits to their declarations their passports and birth certificates, and injured claimants will also submit their military records to demonstrate their Air Force service. Plaintiffs are concerned that these documents are vulnerable to identify theft. In another FSIA case against the same defendants, Salzman et al v. Islamic Republic of Iran, et al, (1:17-cv-2475), District of Columbia District Court, the Court granted the Motion by Plaintiffs to File Their Passports Under Seal, (ECF No. 19), where plaintiffs believed the documents should not be filed publicly because of the possibility of identity theft.

Plaintiffs' claims require that they submit proof of their physical, mental and emotional injuries. Plaintiff's declarations contain sensitive, private health information including descriptions of their or their family member's serious physical and mental injuries sustained in the Khobar Towers attack and their medical, psychological, and psychiatric treatments. The

declarations also include sensitive, personal information about the impact of their injuries on their family relationships. Plaintiffs' exhibits include medical and mental health records and Veterans Administration disability records. The public filing of the declarations and exhibits would disclose private medical information and sensitive personal information and would subject Plaintiffs, many of whom struggle with PTSD, to stress and public exposure.

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Leave to File Evidence Under Seal.

Dated: July 16, 2018                                        Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,       \*
           \*
   Plaintiffs,           \*
           \*
   v.           \*       Case No.  1:17-CV-01376-BAH
           \*
ISLAMIC REPUBLIC           \*
OF IRAN, *et al.*,           \*
           \*
   Defendants.           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Evidence Under Seal, it is hereby:

ORDERED that Plaintiff's Motion For Leave to File Evidence Under Seal is GRANTED.

SO ORDERED.


DATED: _____           _____
                                      The Honorable Beryl A. Howell
                                      Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018 I caused Plaintiff's Motion for Leave to File

Evidence Under Seal to be filed with the United States District Court for the District of

Columbia via the Court's CM/ECF system.


Dated: July 16, 2018


/s/ Joshua M. Ambush

Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*
