# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Civil Action No. 17-1376 (BAH) <br><br> Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the plaintiffs' Motion to File Under Seal and for Exception to Local Rule LCvR 5.1(c)(1), ECF No. 22, the exhibit attached thereto, and the entire record herein, it is hereby

**ORDERED** that the plaintiffs' Motion to File Under Seal and for Exception to Local Rule LCvR 5.1(c)(1), ECF No. 22, is GRANTED to the extent it requests sealing of Exhibit A docketed at ECF No. 22-1 and acceptance of that exhibit in satisfaction of LCvR 5.1(c)(1)'s address requirement; and DENIED to the extent it requests sealing of the motion docketed at ECF No. 22.

**SO ORDERED.**

Date: August 29, 2018

_____
BERYL A. HOWELL
Chief Judge