# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,     \*
     \*
    Plaintiffs,     \*
     \*
    v.     \*     Case No. 1:17-CV-01376-BAH
     \*
ISLAMIC REPUBLIC     \*
OF IRAN, *et al.*,     \*
     \*
    Defendants.     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND DOCUMENTARY EVIDENCE

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court grant an extension of time to file Plaintiffs' Proposed Findings of Fact and Conclusions of Law and documentary evidence as to damages.

The 219 Plaintiffs here are victims of the 1996 terrorist attack on the Khobar Towers Complex and their immediate family members. Plaintiffs filed this action on July 13, 2017. Plaintiffs filed a Motion for Entry of Default against Defendants as to Defendants Iranian Islamic Revolutionary Guard Corps, Iranian Ministry of Information and Security, and the Islamic Republic of Iran on April 20, 2018. The Court issued an Entry of Default as to those Defendants on April 23, 2018. On June 20, 2018, the Court issued an Order vacating the status conference scheduled on June 29, 2018 and directing Plaintiffs to submit their Proposed Findings of Fact and Conclusions of Law and any documentary evidence as to damages by July 27, 2018. Plaintiffs filed a Motion for Extension of Time on July 13, 2018 which the Court granted, directing Plaintiffs to file their submissions by September 26, 2018.

On July 16, 2018, Plaintiffs filed a Sealed Motion for Leave to File Evidence Under Seal. (ECF No. 20). In its paperless minute order of July 18, 2018 this Court granted in part and denied

in part Plaintiffs' Motion for Leave to File Evidence Under Seal, and "direct[ed] the plaintiffs to file their declarations and exhibits under seal, and to file on the public docket a version of those documents with personally identifiable information redacted." Plaintiffs filed a Motion for Reconsideration on September 17, 2018, asking the Court to reconsider the portion of the order directing Plaintiffs to file redacted versions of the documents on the public docket. (ECF No. 25).

The Court issued a paperless Minute Order on September 17, 2018, granting in part and denying in part Plaintiffs' Motion for Reconsideration and directing Plaintiffs to comply with the Court's Minute Order dated July 18, 2018, which directed that Plaintiffs file their declarations and exhibits under seal, but also to file on the public docket a redacted version of those documents without personally identifiable information, and clarifying that, in addition to such personal identifiers, Plaintiffs may redact any medical and other sensitive personal information.

Plaintiffs now seek an extension of time of 45 days to file their Proposed Findings of Fact and Conclusions of Law and documentary evidence as to damages. The reason for the request for the extension of time is that the preparation of the documentary evidence of damages is taking longer than anticipated. Thirty new family member plaintiffs were added to Plaintiffs' Amended Complaint. Despite undersigned counsel's diligence, the collection of sworn statements and documentary evidence from the new Plaintiffs is not complete. In addition, sworn statements and documentary evidence from some of the original Plaintiffs, some of whom are located outside of the United States, are still outstanding.

This is not an unreasonable delay and since this case is unopposed there is no prejudice to another party.

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Extension of Time and ORDER that Plaintiffs submit their Proposed Findings of Fact and Conclusions of Law and documentary evidence as to damages by November 13, 2018.

Dated: September 21, 2018                         Respectfully Submitted,

/s/ Joshua M. Ambush\_\_\_\_\_
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,      *

       *

    Plaintiffs,      *

       *

    v.            *       Case No.   1:17-CV-01376-BAH

       *

ISLAMIC REPUBLIC       *

OF IRAN, *et al.*,         *

       *

    Defendants.    *

******************************************************************************

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Documentary Evidence, it is hereby:

ORDERED that Plaintiff's Motion for Extension of Time to File Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Documentary Evidence is GRANTED; and it is further

ORDERED that Plaintiff has until November 13, 2018 to file Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Documentary Evidence.

SO ORDERED.

DATED: _____          _____

                                        The Honorable Beryl A. Howell
                                        Chief Judge