**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:17-CV-01376 (BAH) |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

*****************************************************************************

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND DOCUMENTARY EVIDENCE**

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court grant an extension of time to file Plaintiffs' Proposed Findings of Fact and Conclusions of Law and documentary evidence as to damages.

The 219 Plaintiffs here are victims of the 1996 terrorist attack on the Khobar Towers Complex and their immediate family members. Plaintiffs filed this action on July 13, 2017. Plaintiffs filed a Motion for Entry of Default against Defendants as to Defendants Iranian Islamic Revolutionary Guard Corps, Iranian Ministry of Information and Security, and the Islamic Republic of Iran on April 20, 2018. The Court issued an Entry of Default as to those Defendants on April 23, 2018. On June 20, 2018, the Court issued an Order vacating the status conference scheduled on June 29, 2018 and directing Plaintiffs to submit their Proposed Findings of Fact and Conclusions of Law and any documentary evidence as to damages by July 27, 2018. Plaintiffs filed a Motion for Extension of Time on July 13, 2018 which the Court granted, directing Plaintiffs to file their submissions by September 26, 2018.

On July 16, 2018, Plaintiffs filed a Sealed Motion for Leave to File Evidence Under Seal. (ECF No. 20). In its paperless minute order of July 18, 2018 this Court granted in part and denied

in part Plaintiffs' Motion for Leave to File Evidence Under Seal, and "direct[ed] the plaintiffs to file their declarations and exhibits under seal, and to file on the public docket a version of those documents with personally identifiable information redacted." Plaintiffs filed a Motion for Reconsideration on September 17, 2018, asking the Court to reconsider the portion of the order directing Plaintiffs to file redacted versions of the documents on the public docket. (ECF No. 25). The Court issued a paperless Minute Order on September 17, 2018, granting in part and denying in part Plaintiffs' Motion for Reconsideration.

Plaintiffs filed a Motion for Extension of Time on September 21, 2018 which the Court granted, directing Plaintiffs to file their submissions by November 13, 2018.

Plaintiffs now seek an extension of time of 45 days to file their Proposed Findings of Fact and Conclusions of Law and documentary evidence as to damages. The reason for the request for the extension of time is that the collection of documentary evidence from claimants, such as birth and marriage certificates, medical records and Veteran's Administration records, as well as the collection of executed declarations, is taking longer than anticipated. Circumstances have changed for certain plaintiffs that require additional time to address. Despite undersigned counsel's diligence, the collection of documentary evidence from the Plaintiffs is not complete. This is not an unreasonable delay and since this case is unopposed there is no prejudice to another party.

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Extension of Time and ORDER that Plaintiffs submit their Proposed Findings of Fact and Conclusions of Law and documentary evidence as to damages by December 28, 2018.

Dated: November 7, 2018                                                                 Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road

Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. SCHOOLEY, et al., | * |
| Plaintiffs, | * |
| v. | * Case No. 1:17-CV-01376 (BAH) |
| ISLAMIC REPUBLIC OF IRAN, et al., | * |
| Defendants. | * |

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Documentary Evidence, it is hereby:

ORDERED that Plaintiff's Motion for Extension of Time to File Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Documentary Evidence is GRANTED; and it is further

ORDERED that Plaintiff has until December 28, 2018 to file Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Documentary Evidence.

SO ORDERED.

DATED: _____ _____

The Honorable Beryl A. Howell
Chief Judge