UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-CV-01376 (BAH) |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, et al., | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATEMENT NOTING A PARTY'S DEATH**

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Joshua M. Ambush, attorney of record for Plaintiffs, notes the death during the pendency of this action of Rodney S. Wilson, a plaintiff in this case, who died on October 9, 2018.

Respectfully submitted,

   /s/ Joshua M. Ambush
Joshua M. Ambush
Bar No. MD 27025
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
joshua@ambushlaw.com

Dated: November 7, 2018                Attorney for Plaintiffs.