## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-cv-01376 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

******************************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY WITHDRAWAL
## OF PUNITIVE DAMAGES DEMAND WITHOUT PREJUDICE

Plaintiffs, through undersigned counsel, respectfully submit this Notice of Voluntary Withdrawal of their demand for punitive damages.  Plaintiffs' Amended Complaint contains a demand for punitive damages.  *See* ECF 21, Pl. Amend. Compl. at 9, 67.  Although 28 U.S.C. § 1605A(c) allows victims of terrorism to recover punitive damages, in *Owens v. Rep. of Sudan*, 864 F.3d 751, 812 (D.C. Cir. 2017), the United States Court Of Appeals for the District of Columbia Circuit held that "the FSIA terrorism exception does not retroactively authorize the imposition of punitive damages against a sovereign for conduct occurring before the passage of § 1605A[.]"  In *Akins v. Islamic Republic of Iran*, this Court held that *Owens* prevents victims of the Khobar Towers bombing recovering punitive damages because the bombing on June 25, 1996 occurred prior to the passage of § 1605A in 2008.  *Akins v. Islamic Rep. of Iran*, case no. 17-cv-675, --- F.Supp.3d ---, 2018 U.S. Dist. LEXIS 153445, *98, (Sept. 10, 2018).  In light of this, Plaintiffs respectfully request that their claims for punitive damages be withdrawn without prejudice.  Plaintiffs withdraw their request for punitive damages without prejudice in the event that if Congress amends 28 U.S.C. § 1605A to provide a right of action for punitive damages for pre-enactment conduct, or if the law of this Circuit changes, Plaintiffs will have preserved their right to request punitive damages.

**WHEREFORE,** Plaintiffs respectfully request that their demand for punitive damages be withdrawn without prejudice.

Dated: November 14, 2018

Respectfully Submitted,

/s/ Joshua M. Ambush_____
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*