# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,      *

                    *

     Plaintiffs,            *

                    *

     v.                 *         Case No.  1:17-CV-01376 (BAH)

                    *

ISLAMIC REPUBLIC        *

OF IRAN, *et al.*,          *

                    *

     Defendants.          *

*************************************************************************

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND PART OF THEIR DOCUMENTARY EVIDENCE

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court grant an extension of time to file Plaintiffs' Proposed Findings of Fact and Conclusions of Law and  part of their documentary evidence as to damages.

The 219 Plaintiffs here are victims of the 1996 terrorist attack on the Khobar Towers Complex and their immediate family members.  Plaintiffs filed this action on July 13, 2017. Plaintiffs filed a Motion for Entry of Default against Defendants as to Defendants Iranian Islamic Revolutionary Guard Corps, Iranian Ministry of Information and Security, and the Islamic Republic of Iran on April 20, 2018.  The Court issued an Entry of Default as to those Defendants on April 23, 2018.  On June 20, 2018, the Court issued an Order vacating the status conference scheduled on June 29, 2018 and directing Plaintiffs to submit their Proposed Findings of Fact and Conclusions of Law and any documentary evidence as to damages by July 27, 2018.  Plaintiffs filed a Motion for Extension of Time on July 13, 2018 which the Court granted, directing Plaintiffs to file their submissions by September 26, 2018.

On July 16, 2018, Plaintiffs filed a Sealed Motion for Leave to File Evidence Under Seal. (ECF No. 20).  In its paperless minute order of July 18, 2018 this Court granted in part and denied

in part Plaintiffs' Motion for Leave to File Evidence Under Seal, and "direct[ed] the plaintiffs to file their declarations and exhibits under seal, and to file on the public docket a version of those documents with personally identifiable information redacted." Plaintiffs filed a Motion for Reconsideration on September 17, 2018, asking the Court to reconsider the portion of the order directing Plaintiffs to file redacted versions of the documents on the public docket. (ECF No. 25). The Court issued a paperless Minute Order on September 17, 2018, granting in part and denying in part Plaintiffs' Motion for Reconsideration.

Plaintiffs filed motions for extension of time on September 21, 2018 (ECF No. 26) and on November 7, 2018 (ECF No. 27) which the Court granted. In a November 8, 2018 minute order the court directed Plaintiffs to file their submissions by December 28, 2018.

Plaintiffs submitted signed declarations and documentary evidence under seal for a majority of the injured airman plaintiffs on December 28, 2018.

Plaintiffs seek an extension of time of 45 days to submit signed declarations and documentary evidence as to damages under seal for the remaining plaintiffs, redacted versions of declarations and documentary evidence for all plaintiffs, and Plaintiffs' Proposed Findings of Fact and Conclusions of Law. The reason for the request for the extension of time is that the collection of documentary evidence from claimants, such as birth and marriage certificates, as well as the collection of executed declarations, is taking longer than anticipated. Circumstances have changed for certain plaintiffs that require additional time to address. Despite undersigned counsel's diligence, the collection of documentary evidence from the Plaintiffs is not complete. Counsel cannot finalize the Proposed Findings of Fact and Conclusions of Law before finishing the collection of the documentary evidence because the conclusions of law includes summaries of and citations to the evidence. This is not an unreasonable delay and since this case is unopposed there is no prejudice to another party.

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Extension of Time and ORDER that Plaintiffs submit their remaining documentary evidence as to damages and Proposed Findings of Fact and Conclusions of Law by February 11, 2019.

Dated: December 28, 2018

Respectfully Submitted,

/s/ Joshua M. Ambush_____
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,      *

                           *

      Plaintiffs,            *

                           *

      v.                  *          Case No.  1:17-CV-01376 (BAH)

                           *

ISLAMIC REPUBLIC           *

OF IRAN, *et al.*,               *

                           *

      Defendants.       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File Plaintiffs' Proposed

Findings of Fact and Conclusions of Law and Part of their Documentary Evidence, it is hereby:

ORDERED that Plaintiff's Motion for Extension of Time to File Plaintiffs' Proposed

Findings of Fact and Conclusions of Law and Part of their Documentary Evidence is GRANTED;

and it is further

ORDERED that Plaintiff has until February 11, 2019 to file Plaintiffs' Proposed Findings of

Fact and Conclusions of Law and the remaining Documentary Evidence.

SO ORDERED.


DATED: _____              _____

                                              The Honorable Beryl A. Howell
                                              Chief Judge