WILLIAM M. SCHOOLEY, *et al.*,     *

                     *

      Plaintiffs,            *

                     *

      v.                    *            Case No. 1:17-CV-01376 (BAH)

                     *

ISLAMIC REPUBLIC          *

OF IRAN, *et al.*,            *

                     *

      Defendants.          *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>MOTION FOR SUBSTITUTION OF PROPER PARTY</u>

Plaintiff Daryl B. Wilson, personal representative of the Estate of Rodney S. Wilson, a plaintiff herein, files this Motion for Substitution of Proper Party and states:

1. Rodney S. Wilson, a plaintiff in this case and the brother of Joseph D. Wilson, a plaintiff and injured airman in this case, died on October 9, 2018 in Indianapolis, Indiana. A Suggestion of Death was filed on November 7, 2018 at ECF No. 28.

\` 2. On January 10, 2019, Daryl B. Wilson, a plaintiff in this case and the brother of Rodney S. Wilson and of Joseph D. Wilson, filed a petition in the Marion County Superior Court, Probate Division for appointment as personal representative of the Estate of Rodney S. Wilson.

3. On January 11, 2019 the Marion County Superior Court, Probate Division issued an order appointing Daryl B. Wilson as personal representative of the Estate of Rodney S. Wilson. A copy of this order was submitted to this Court as an attachment to the Declaration of Daryl B. Wilson as Personal Representative on Behalf of the Estate of Rodney S. Wilson on January 22, 2019 at ECF No. 132 7(Joseph D. Wilson Declarations and Exhibits, Exhibits at 78 – 81).

4. Letters of Administration were issued to Daryl B. Wilson on January 18, 2019. A copy of the Letters of Administration is attached to this motion.

1

5. Pursuant to Fed. R Civ P. 25, Daryl B. Wilson, as personal representative of the Estate of Rodney S. Wilson, should be substituted as the proper party for the decedent.

WHEREFORE, plaintiff Daryl B. Wilson moves that this Court substitute Daryl B. Wilson, personal representative of the Estate of Rodney S. Wilson, as plaintiff in this case for all purposes and to recover any and all relief to which Rodney S. Wilson may be entitled.

DATE:  January 29, 2019

Respectfully Submitted,

/s/ Joshua M. Ambush_____
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILLIAM M. SCHOOLEY, *et al.*,  \*

      \*

    Plaintiffs,  \*

      \*

    v.  \*             Case No.  1:17-CV-01376 (BAH)

      \*

ISLAMIC REPUBLIC  \*

OF IRAN, *et al.*,  \*

      \*

    Defendants.  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>ORDER GRANTING MOTION FOR SUBSTITUTION OF  PARTY</u>

Upon consideration of the Motion for Substitution of Proper Party, (ECF No. \_\_\_) filed by

plaintiff Daryl B. Wilson, in his capacity as the personal representative of the Estate of Rodney S.

Wilson, a plaintiff herein, and it appearing that good cause exists for the granting of such Motion,

It is therefore ORDERED that the Motion for Substitution of Proper Party is granted. Daryl

B. Wilson, in his capacity as personal representative for the Estate of Rodney S. Wilson, is hereby

substituted for deceased plaintiff Rodney S. Wilson as a plaintiff in this case for all purposes and to

recover any and all relief to which Rodney S. Wilson may be entitled.

SO ORDERED.

DATE: _____

                        The Honorable Beryl A. Howell
                        Chief Judge