Estate of Rodney S. Wilson
Cause No.

## LETTERS OF ADMINISTRATION
## (SUPERVISED ADMINISTRATION)

STATE OF INDIANA, MARION COUNTY, Set:

To Whom These Presents Shall Come, Greeting:

I, Myla A. Eldridge, Clerk of the Marion Superior Court, Probate Division,

within and for said County of Marion, in the State of Indiana, do hereby certify that

Letters of Administration of the Estate of Rodney S. Wilson, of Marion County,

deceased, who died intestate, are hereby granted to Daryl B. Wilson and he having

qualified as administrator is duly authorized to administer such estate according to

law.

WITNESS my hand and seal of said Court, at Indianapolis, Indiana,

this _____ day of _____January 11, 2019_____, 2019.

_____*Myla A Eldridge*_____ Clerk.
WT

MARION COUNTY COURTS
SEAL
INDIANA
WT

**Page 1 of  2**
**Letters of**
**Administration.doc**

1

In accordance with the provisions of Indiana Code sections 29-1-7.5-1 -- 29-1-7.5-8 the Court has granted a petition for Administration without Court supervision. The personal representative may do all of the things provided for in section 29-1-7.5-3 without order of the Court, which includes the following.

1.      Acquire or dispose of an asset, including land in this or another state, for cash or on credit, at public or private sale.

2.      Vote stocks or other securities in person or by general or limited proxy.

3.      Hold a security in the name of a nominee or in other form without disclosure of the interest of the estate.

4.      Sell, mortgage, or lease any real or personal property of the estate or any interest therein for cash, credit, or for part cash and part credit, and with or without security for unpaid balances.

5.      Distribute assets of the estate upon such terms as he may impose.

6.      Perform any other act necessary or appropriate to administer the estate.

7.      These letters of unsupervised administration remain in effect unless revoked by the Court as provided in section 29-1-7.5-2.