**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:17-CV-01376 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS'**
**REDACTED DOCUMENTARY EVIDENCE**

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court grant an extension of time to file Plaintiffs' redacted documentary evidence as to damages.

The Court has granted previous motions by Plaintiffs for extensions of time to file their documentary evidence.

At this time Plaintiffs have submitted Plaintiffs' Proposed Findings of Fact and Conclusions of Law and have submitted, under seal, documentary evidence as to damages for each plaintiff.

Plaintiffs now respectfully move for an extension of time of thirty days to file on the public docket the redacted versions of the documentary evidence that has been submitted under seal.

The reason for this motion for an extension of time is that the documentary evidence contains a large number of documents that require redaction because they contain sensitive health care information and personally identifying information. This is not an unreasonable delay and since this case is unopposed there is no prejudice to another party.

1

WHEREFORE, Plaintiffs request that this Court GRANT their Motion for Extension of Time to File Plaintiffs' Redacted Documentary Evidence and ORDER that Plaintiffs file the redacted versions of their documentary evidence as to damages by March 13, 2019.

Dated: February 11, 2019

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*