WILLIAM M. SCHOOLEY, *et al.*,   *
                                  *
    Plaintiffs,        *
                                  *
v.                                *      Case No.  1:17-CV-01376 (BAH)
                                  *
ISLAMIC REPUBLIC                  *
OF IRAN, *et al.*,                *
                                  *
    Defendants.        *

**************************************************************************

**PLAINTIFF SELENA P.  ZUHOSKI'S NOTICE OF ERRATA TO PLAINTIFFS'
PROPOSED FINDING OF FACTS AND  CONCLUSIONS OF LAW**

Plaintiff Selena P. Zuhoski, through undersigned counsel, respectfully submits this Errata to

Plaintiffs' Proposed Finding of Facts and Conclusions of Law, which was filed on February 11,

2019 (ECF No. 145), in order to correct an inadvertent clerical error.  At page 147 the filing stated:

"Airman Zuhoski has been on seven different anti-seizure medications, each with their own side

effect and is not on a thrice daily anti-seizure medication."  The correct sentence is "Airman

Zuhoski has been on seven different anti-seizure medications, each with their own side effects, and

is now on a thrice daily anti-seizure medication."

Dated: February 12, 2019                         Respectfully Submitted,

/s/ Joshua M. Ambush

Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*
