**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-CV-01376 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**************************************************************************

**PLAINTIFFS DWAYNE A. BURNHAM AND KEELAN C. BURNHAM'S NOTICE OF ERRATA TO PLAINTIFFS' PROPOSED FINDING OF FACTS AND  CONCLUSIONS OF LAW**

Plaintiffs Dwayne A. Burnham and Keelan C. Burnham, through undersigned counsel, respectfully submit this Errata to Plaintiffs' Proposed Finding of Facts and Conclusions of Law, which was filed on February 11, 2019 (ECF No. 145), in order to correct a clerical error.  Keelan C. Burnham, a plaintiff and the son of injured plaintiff Dwayne C. Burnham, was inadvertently not included in the section of the Conclusions of Law pertaining to the family of plaintiff Dwayne C. Burnham.  At page 60 – 61 the filing stated:

> This Court finds that Airman Burnham is entitled to an award of $5 million for his pain and suffering as a survivor of the bombing.

> Airman Burnham's wife **Debra E. Burnham** is entitled to an award of $4 million to compensate her for her emotional distress and pain and suffering.  His father **Ralph K. Burnham** is entitled to an award of $2.5 million to compensate him for his emotional distress and pain and suffering.  His mother, **Margaret L. Burnham**, is entitled to an award of $2.5 million to compensate her for her emotional distress and pain and suffering.   His son, **Dwight C. Burnham**, is entitled to an award of $2.5 million to compensate him for his emotional distress and pain and suffering.

The corrected version is:

> This Court finds that Airman Burnham is entitled to an award of $5 million for his pain and suffering as a survivor of the bombing.

Airman Burnham's wife **Debra E. Burnham** is entitled to an award of $4 million to compensate her for her emotional distress and pain and suffering. His father **Ralph K. Burnham** is entitled to an award of $2.5 million to compensate him for his emotional distress and pain and suffering. His mother, **Margaret L. Burnham**, is entitled to an award of $2.5 million to compensate her for her emotional distress and pain and suffering. His son, **Dwight C. Burnham**, is entitled to an award of $2.5 million to compensate him for his emotional distress and pain and suffering. His son, **Keelan C. Burnham**, is entitled to an award of $2.5 million to compensate him for his emotional distress and pain and suffering.

Keelan C. Burnham is a plaintiff in this case and submitted documentary evidence as to damages on December 28, 2018 (ECF No. 40.) His name is properly listed in the compensatory damages chart on page 150 of Plaintiffs' Proposed Finding of Facts and Conclusions of Law.

Dated: February 12, 2019

Respectfully Submitted,

/s/ Joshua M. Ambush_____
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*