# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM M. SCHOOLEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-CV-01376 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF SALVATORE CAPACCIO'S  NOTICE OF ERRATA

Plaintiff Salvatore Capaccio, through undersigned counsel, hereby submits a Notice of

Errata for Salvatore Capaccio's Redacted Declaration and Exhibits, which was filed on March 19,

2019 at ECF No. 167.  Instead of a copy of the passport of plaintiff Diane Martucci, a copy of the

incorrect passport was inadvertently submitted at page 24.

Mr. Capaccio attaches to this Notice of Errata a true and correct copy of the passport of

plaintiff Diane Martucci. This page is intended to replace page 24 of ECF No. 167.


Dated: April 12, 2019                                    Respectfully Submitted,

                                         /s/ Joshua M. Ambush
                              Joshua M. Ambush (Bar No. MD 27025)
                              Law Offices of Joshua M. Ambush, LLC
                                      1726 Reisterstown Road
                                              Suite 206
                                     Baltimore, Maryland 21208
                                        Phone: (410) 484-2070
                                      Facsimile: (410) 484-9330
                                   Email: joshua@ambushlaw.com
                                        *Counsel for Plaintiff*