

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P    USA    REDACTED

REDACTED

Surname / Nom / Apellidos
MARTUCCI
Given Names / Prénoms / Nombres
DIANE
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
REDACTED
Place of birth / Lieu de naissance / Lugar de nacimiento
NEW YORK, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
19 Mar 2012
Date of expiration / Date d'expiration / Fecha de caducidad
18 Mar 2022
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
F
Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAMARTUCCI<<DIANE<<<<<<<<<<<<<<<<<<<<<<<<<<
REDACTED

REDACTED

**SALVATORE CAPACCIO   24**