UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY, *et al.*,

   Plaintiffs,

   v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

   Defendants.

Civil Action No. 17-1376 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of the plaintiffs' Motion for Judicial Notice of Prior Related Cases and for Default Judgment as to Liability and Damages Against Iranian Defendants, ECF No. 146, the related legal memoranda in support thereof, the exhibits and declarations attached thereto, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the plaintiffs' Motion for Default Judgment as to Liability and Damages Against Iranian Defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corps ("Iranian Defendants") is **GRANTED**, as the Court finds the plaintiffs have established their "claim or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e); and it is further

**ORDERED** that the part of the plaintiffs' Motion as to Judicial Notice of Prior Related Cases is **GRANTED**; and it is further

**ORDERED** that the Iranian Defendants shall be jointly and severally liable for compensatory damages in the amount of $892,750,000, which shall be allocated in the following manner:

1

- Service member plaintiffs Jimmy Adams, John Baldwin, Stacey Benfield, Rondal Burns, Melinda Caines, Salvatore Capaccio, Paul Collins, Robert DePyssler, Michael Atkins, Rudolph Grimm, Michael Harner, Willard Brewster, Steven Kitis, Angeline Marsh, Joe McDonald, Michael Rusnak, Jennifer Parker, Dana Rozelle, Brian Volk, Clifford Thomas, Brandie Shaffer, Artis Coleman, Laurence Oliver, Grady Tucker Jr., Jon Schamber, Erich Schneider, Thomas Kininger, Andrea Richards, Dusty Huntley, Travis Wyatt, William Schooley, Selena Zuhoski, Michael Jay, Billy Allen Jr., Brenda Eilers, Mitchell Wright, the Estate of Hector Manuel Gonzalez-Pastrana, represented by Diana Gonzalez-Pastrana, Jefferson Craven, George Nicholaou, Larry Frank, Aaron Weimer, William Sine, Phillip Miller, Roland Tiner Jr., Richard Rollins, Rodney Smith, and Kevin Williams, who each suffered injuries resulting in a 70% or higher disability rating by the Department of Veterans Affairs ("VA"), are each entitled to $7,000,000 in pain and suffering damages;

- Service member plaintiffs Angel Ayala, Kyle Brown, Dwayne Burnham, Shawn Clevenger, Thomas Edman, William Giles IV, Michael Goff, Shawn Hale, Torrey Hardy, Randy Hooker, Stephen Johnson, Aaron Lande, Erin Murphy, Matthew McEndree, Mary Ortiz, Bryan Scott, Zachary Sutton, Robert Siler, Leighton Reid, Eric Castor, Martin Wheeler, Michael Wilson, Jereme Schuchard, Scott Wolff, John Yeichner, Hilario Carrizales, Elliott Williams, and Gregory DeArman, who each suffered injuries resulting in a 40–60% VA disability rating, are each entitled to $6,000,000 in pain and suffering damages;

- Service member plaintiffs Mark Broda, Rose Davis, Jeffrey Gardner, Gregory Hedglin, Patrick Kick, Shawn Mohammed, Ronald Neldon, Kenneth Sturdivant, Kevin Pflaum, Brian Vanhorn, David Westrup, and Joseph Wilson, who each suffered injuries resulting in up to 30% VA disability rating, are each entitled to $5,000,000 in pain and suffering damages;

- Service member plaintiffs Timothy Albritton, Bryan Brock, Robbie Cotterman, Richard Dupree, David Jordan, Shane Little, Scott Miller, Joseph Stroud, and Deborah Danielsgale, who have no VA disability rating, but who all suffered severe physical or mental injuries, are each entitled to $5,000,000 in pain and suffering damages;

- Service member plaintiffs Josephine Alston, Christopher Freeman, Shannon Bump, Dustin Rhode, and Douglas Widdis, who have no VA disability rating and sustained comparatively less severe injuries, are each entitled to $3,000,000 in pain and suffering damages;

- Plaintiff spouses Carol Adams, Sandra Albritton, Amanda Brown, Valerie Bump, Debra Burnham, Rebekah Burns, Elizabeth Edman, Julia Harner, Ruth Jordan, Jessica Johnson, Geraldine Hartman-Kitis, Margaret Thomas, Betty Coleman, Donna Pflaum, Rebecca Westrup, Toni Olsen-Wilson, Roberta Huntley, Tracie Wheeler, Patricia Wright, Diana Gonzalez-Pastrana, Tirana Craven, Noreen Nicholaou, Sonia Frank, Juanita Carrizales, Jennie Smith, and Dana Williams, are each entitled to $4,000,000 in solatium damages;

- Plaintiff parents Fernando Ayala, Zandra Ayala, Bobby F. Baldwin Jr., Kathy Beach, Gloria Brown, Jimmy Brown, Joan Locke, Pamela Broda, Ralph Burnham, Margaret Burnham, Alfreda Peak, John Dean, Diane Martucci, Robert W. DePyssler, Patricia Atkins, William Giles III, Connie Love, Nancy Harner, James Harner, Minnie Hebert, Laurie Rhode, Connie Sturgill, Michael G. Scott, Grady Tucker Sr., Diane Martinson, Kenneth Castor, Nancy Castor, Linda Robinson, Donna Jay, Robert Jay, and Lorna McDermott, are each entitled to $2,500,000 in solatium damages;

- Plaintiff parents Brenda Munoz, Rosemary Ritt, and Annie Tiner, are each entitled to $4,000,000 in solatium damages;

- Plaintiff children Erika Weinfurter, Brittany Alston, Marcus Alston, Dwight Burnham, Keelan Burnham, Emileigh Ledgerwood, Nickolaus Burns, Stephen Johnson II, Ryan Johnson, Camillia

3

Thomas-Harris, Cedrick Thomas, Adrian Thomas, Sean Reid, Artis Coleman Jr., Kevin Huntley, Kyle Huntley, Ashlie Wheeler, Elin Brown, Erik Wright, Hector Gonzalez Jr., Jose Gonzalez, Natasha Gonzalez, Jessica Verboom, Nathan Frank, Dana Frank, Olivia Carrizales, Sarah Carrizales, William D. Sine, Michael Westrup, Angelena Mangnall, Msichanna Alexander, A'Doria Smith, Alexandra Smith, Romarus Smith, Erik Lee, Chad Williams, Kelsie Williams, Brenton Wilson, and Brandon Olsen, are each entitled to $1,500,000 in solatium damages;

- Plaintiff siblings John Ayala, Bobby Baldwin III, Steven Baldwin, Melena Collins, Alycia Broda, Carmen Dean, Tammy Adams, Michelle Caldwell, Michael Scott II, Jonathan Scott, Laura Washer, Stacee Tiner Marcum, Thomas Tiner, Richard Wilson, Daryl Wilson, Estate of Rodney Wilson, represented by Daryl Wilson, Eric Wilson, Joe Wilson Jr., and Eric Williams are each entitled to $1,250,000 in solatium damages; and it is further

**ORDERED** that the plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to the defendants; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: June 27, 2019

*This is a final and appealable Order.*

 

_____
BERYL A. HOWELL
Chief Judge