THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
HILTON PLAZA
1726 REISTERSTOWN ROAD, SUITE 206, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330

July 15, 2019

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Via electronic filing & hand delivery*

  Re: *William Schooley et al., v. Islamic Republic of Iran et al.*,
    Civil Action No. 1:17-CV-01376-BAH
    Request for Foreign Mailing to Defendants Islamic Republic of Iran & Iranian
    Political Subdivisions Pursuant to 28 U.S.C. § 1608(a)(3).

Dear Ms. Caesar:

  In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request service by the Clerk of the default judgment entered in this case, pursuant to 28 U.S.C. § 1608(a)(3), on the following defendants:
(1) Islamic Republic of Iran;
(2) Iranian Ministry of Intelligence and Security; and
(3) Iranian Islamic Revolutionary Guard Corps.

  For purposes of service, all of the above-listed defendants are considered either the "foreign state" of the Islamic Republic of Iran or a "political subdivision of [the] foreign state[,]"under 28 U.S.C. §1608(a).

  This case was brought under 28 U.S.C. § 1605A against the defendants for material support of terrorism for their roles in the Khobar Towers bombing in Saudi Arabia. Because this case is governed by the Foreign Sovereign Immunities Act, service of the default judgment must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. 28 U.S.C. 1608(e) (" A copy of any such default judgment shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section.")

  Please find enclosed three sets of documents, one for each defendant, ready for service upon defendants. The three sets of documents include:
  1) a copy of the Default Judgment entered by the Court on June 27, 2019, and a certified translation of the Default Judgment into Farsi;
  2) a copy of the Order issued by the Court on June 27, 2019, and a certified translation of the Order into Farsi; and
  3) a copy of the Default entered by the Court on April 23, 2018, and a certified translation of the Default into Farsi.

Sections 1608(a)(3) and 1608(e) of the FSIA requires a copy of the default judgment to be sent, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state.

Please effect service through DHL, using the enclosed preprinted DHL waybills, to send the copies in three individual packages to each of the three defendants. Please use my DHL account number, 848628570. The number appears on the preprinted waybills enclosed. My law firm is on the approved shipper's list to ship to an embargoed country. A sanctions warranty and indemnity letter for each of the three packages, signed by me and representing that my office is not included on any Sanctions Lists, is enclosed.

Please send the three packages to each defendant at the following address:

> Mohammad Javad Zarif, Minister of Foreign Affairs
> Islamic Republic of Iran
> Ministry of Foreign Affairs
> Khomeini Avenue
> United Nations Street
> Tehran, Iran

Thank you for your assistance in this matter. Please do not hesitate to contact me with any questions.

Sincerely,

Joshua M. Ambush

JMA
Enclosures