CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Schooley et al.

_____
Plaintiff(s)

vs.                                                    Civil Action No.:   1:17-cv-1376-BAH

Islamic Republic of Iran et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Diplomatic service through the United States Department of State on Defendants Islamic Republic of Iran & Iranian Political Subdivisions pursuant to 28 U.S.C. § 1608(a)(4).

U.S. Department of State
CA/OCS/L, SA-17, 10th Floor ATTN: William Fritzlen
Washington, DC 20522-1710

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
ISLAMIC REPUBLIC OF IRAN_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____/s/ Joshua M. Ambush_____
(Signature)

Joshua M. Ambush
LAW OFFICES JOSHUA M. AMBUSH, LLC
1726 Reisterstown Road
Suite 206
Baltimore, MD 21208

(Name and Address)