THE LAW OFFICES OF
# JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330

August 27, 2019

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Via electronic filing & hand delivery*

> Re:   *William Schooley et al., v. Islamic Republic of Iran et al.,*
> Civil Action No. 1:17-CV-01376-BAH
> Request for Service of Process on Defendants Islamic Republic of Iran & Iranian
> Political Subdivisions Pursuant to 28 U.S.C. § 1608(a)(4).

Dear Ms. Caesar:

In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request that all necessary steps be taken to effect service of the default judgment entered in this case pursuant to 28 U.S.C. § 1608(a)(4) on the following defendants:
(1) Islamic Republic of Iran;
(2) Iranian Ministry of Intelligence and Security; and
(3) Iranian Islamic Revolutionary Guard Corps.

For purposes of service, all of the above-listed defendants are considered either the "foreign state" of the Islamic Republic of Iran or a "political subdivision of [the] foreign state[,]"under 28 U.S.C. §1608(a).

This case was brought under 28 U.S.C. § 1605A against the defendants for material support of terrorism for their roles in the Khobar Towers bombing in Saudi Arabia. Because this case is governed by the Foreign Sovereign Immunities Act, service of the default judgment must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. 28 U.S.C. 1608(e) (" A copy of any such default judgment shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section.")

Here, however, service cannot be made under 28 U.S.C. §§ 1608(a)(1) because no special arrangement for service exists between the plaintiffs and defendants. Nor can service be made pursuant to an applicable international convention on service of judicial documents under 28 U.S.C. 1608(a)(2), because the United States has no treaty relations with the Islamic Republic of Iran that provide for service of process in civil matters.

Service under 28 U.S.C. §1608(a)(4) is warranted here. Service pursuant to 28 U.S.C. §1608(a)(3) has been attempted on the three defendants over 30 days ago and has failed. *See* ECF Docket No 283 (July 17, 2019). As proof of service unexecuted under 28 U.S.C. §1608(a)(3), I am enclosing three letters from DHL, one for each defendant, indicating that the packages were being returned "Due to commercial and operational reasons all service in and out of Iran are suspended until further".

In such circumstances, pursuant to 28 U.S.C. §1608(a)(4), the Clerk of Court shall send two copies of the default judgment, together with a translation of each "by any form of mail requiring a signed receipt to be addressed and dispatched by the clerk of court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services[.]" The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. §1608(a)(4) and 22 C.F.R. §93.2, I have enclosed for service on each of the three defendants:

(1) Two copies of the Default Judgment entered by the Court on June 27, 2019, and a certified translation of the Default Judgment into Farsi;
(2) Two copies of the Order issued by the Court on June 27, 2019, and a certified translation of the Order into Farsi; and
(3) Two copies of the Default entered by the Clerk on April 23, 2018, and a certified translation of the Default into Farsi; and
(4) Two copies of the Foreign Sovereign Immunities Act

The sets of documents have been paper clipped together for each defendant. Please take all necessary steps to dispatch the aforementioned materials to effect service on the defendants pursuant to 28 U.S.C. § 1608(a)(4). Please deliver the documents by Federal Express to the following address:

**U.S. Department of State**
**CA/OCS/L, SA-17, 10th Floor**
**ATTN: William Fritzlen**
**Washington, DC 20522-1710**

I have enclosed a box for the materials with a pre-addressed label bearing my Federal Express account information. If you would prefer to prepare the appropriate materials and return them to me to handle the actual delivery to the Department of State please contact me at (410) 484-2070 when the materials are ready and I will arrange to have them picked up.

I am enclosing three cashier's checks for $2275 each, one per defendant, as the State Department's fee for diplomatic service, made out to "US Embassy Bern".

I am also enclosing one copy of the Notice of Electronic Filing confirming the ECF filing of this letter.

2

Thank you for your assistance in this matter.  Please do not hesitate to contact me with any questions.

Sincerely,

Joshua M. Ambush

JMA
Enclosures

3