

*EXPRESS*

Dear Customer,

Your shipment to [......THR........] is being returned to you, because it is considered un-authorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

☐ Unapproved Shipper
☐ Restricted Party
☐ Unacceptable commodity
☐ Unacceptable Origin
☐ Airway bill not legible
☒ Due to commercial and operational reasons all service in and out of Iran are suspended until further notice
☐ Other...................................................

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

HAWB# 24392|8283

Initials HLS

1200 South Pine Island Road
Plantation, Florida 33324
**www.us.dhl.com**



*EXPRESS*

Dear Customer,

Your shipment to [......T.H.R.........] is being returned to you, because it is considered un-authorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

☐ Unapproved Shipper
☐ Restricted Party
☐ Unacceptable commodity
☐ Unacceptable Origin
☐ Airway bill not legible
☒ Due to commercial and operational reasons all service in and out of Iran are suspended until further notice
☐ Other.................................................................

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

HAWB# 2439173811

Initials HS

1200 South Pine Island Road
Plantation, Florida 33324
**www.us.dhl.com**



_EXPRESS_

Dear Customer,

Your shipment to [......T.H.R......] is being returned to you, because it is considered un-authorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

☐      Unapproved Shipper
☐      Restricted Party
☐      Unacceptable commodity
☐      Unacceptable Origin
☐      Airway bill not legible
☒      Due to commercial and operational reasons all service in and out of Iran are suspended until further notice
☐      Other.....................................................

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

HAWB#  2439224244

Initials ⟨signature⟩

1200 South Pine Island Road
Plantation, Florida 33324
www.us.dhl.com