CO 939
Rev. 9/2017

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

WILLIAM M. SCHOOLEY et al
    Plaintiff(s)

vs.                                              Civil Action No.: 17cv1376-BAH

ISLAMIC REPUBLIC OF IRAN et al
    Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __3rd__ day of __September__, 20 __19__, I mailed:

1. ☐ One copy of the __summons and complaint__ by __registered mail, return receipt requested__, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the __summons, complaint and notice of suit__, together with a translation of each into the official language of the foreign state, by __registered mail, return receipt requested__, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the __default judgment__, together with a translation of each into the official language of the foreign state, by __FedEx__, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the __summons and complaint__, together with a translation of each into the official language of the foreign state, by __registered mail, return receipt requested__, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By:   /s/ Reginald D. Johnson
         Deputy Clerk