ORIGIN ID:TSGA  (410) 000-0000
MS. ANGELA D. CAESAR
CLERKS OFFICE
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001
UNITED STATES US    17-1376

SHIP DATE: 27AUG19
ACTWGT: 13.70 LB
CAD: 6995753/SSFO2002

Part # 156297

TO  **MICHAEL MCPHERSON**
**U.S DEPARTMENT OF STATE**
**CA/OCS/L**
**SA – 17,10TH FLOOR**
**WASHINGTON DC 20522**
(410) 218 – 6498        REF:
INV:
PO:                          DEPT:

RMA: ||| ||||| |||



**FedEx**
Express

**E**

TRK# **7957 6084 9544**
0221

**RETURNS MON – FRI**
**** 2DAY ****

**20522**

DC – US

