

United States Department of State

*Washington, D.C.  20520*

May 28, 2020

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      **Re: William M. Schooley, et al. v. Islamic Republic of Iran, et al., 1:17-cv-01376 (BAH)**

Dear Ms. Caesar:

    I am writing regarding the Court's request for transmittal of a Default, Order and Memorandum of Opinion (June 27, 2019), and Notice of Default Judgment to the Islamic Republic of Iran, Iranian Ministry of Information and Security, and Iranian Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note Nos. 1050-IE, 1051-IE, and 1052-IE, dated March 31, 2020 and delivered on April 13, 2020. A certified copy of the diplomatic note is enclosed.

                        Sincerely,

                        Michael McPherson
                        Paralegal Specialist
                      Overseas Citizens Services
                        Office of Legal Affairs

RECEIVED
Mail Room
MAY 29 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc:   Joshua M. Ambush
      The Law Offices of Joshua M. Ambush, LLC
      106 Old Court Rd., Suite 303
      Baltimor, MD 21208